1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, California 94104-3839
4  Telephone:   (415) 249-8330
5  Facsimile:   (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, | Case No. C-07-5641-SI |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE RE SUMMONS AND COMPLAINT** |
| SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly D/B/A SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10 | |
| Defendants. | |

1

CERTIFICATE OF SERVICE RE SUMMONS AND COMPLAINT
Case No. C- C-07-5641

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> **Gaffigan, Stephen M (PFI)** <br> **312 SE 17th St, 2nd Floor** <br> **Ft Lauderdale, FL 33316** <br> TELEPHONE NO.: **954 767-4819**   FAX NO. (Optional): **954 767-4821** <br> EMAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name):   **CHANEL, INC., A NEW YORK CORPORATION** | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | |

| PLAINTIFF/PETITIONER: | CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER: <br> **CV 07 5641** |
|---|---|---|
| DEFENDANT/RESPONDENT: | SEOUNG HYUN KIM AKA BAILEY KIM AND HARRISON Y. CHANG AKA HARRY CHANG, INDIVIDUALLY AND JOINTLY DBA, SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, AND DOES 1-10 | |
| | **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **CHANEL/SWISSWATCHFACTORY** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Summons and Complaint for Damages and Injunctive Relief; Ecf Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference and Adr Deadlines; Case Management Conference Order

3. a. Party served (specify name of party as shown on documents served):
   SEOUNG HYUN KIM, INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, Alias: AKA BAILEY KIM
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   3612 FLORA VISTA Avenue #362, SANTA CLARA, CA 95051

5. I served the party (check proper box)
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on (date):   (2) at (time):
   b. [X] **by substituted service.** On (date): **1/11/2008**   (2) at (time): **1:00 PM**   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
   **Steve Kim, RESIDENT, A male approx. 25-30 years of age 5'8"-5'10" in height weighing 160-180 lbs with black hair**
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city):   or [ ] a declaration of mailing is attached.
   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 5011986 SEA

| PLAINTIFF/PETITIONER: | CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER: | |
|---|---|---|---|
| DEFENDANT/RESPONDENT: | SEOUNG HYUN KIM AKA BAILEY KIM AND HARRISON Y. CHANG AKA HARRY CHANG, INDIVIDUALLY AND JOINTLY DBA, SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, AND DOES 1-10 | | CV 07 5641 |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:   (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      
      [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other

7. **Person who served papers**
   a. Name:                    **David Noriega**
   b. Address:                 **255 North Market Street, Suite 246, San Jose, CA 95110**
   c. Telephone number:        **408-295-2700**
   d. The fee for service was: **$75.00**
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner  [ ] employee  [X] independant contractor
         (ii) [X] Registration No.: **1028**
         (iii) [X] County:           **Santa Clara**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. [ ] **I am a California sheriff or marshal** and **I certify** that the foregoing is true and correct.

Date: **1/11/2008**

_____         _____
**David Noriega**                              (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]                                      Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                    Order No. 5011986 SEA


| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Gaffigan, Stephen M (PFI)<br>312 SE 17th St, 2nd Floor<br>Ft Lauderdale, FL 33316<br>TELEPHONE NO.: 954 767-4819    FAX NO. (Optional): 954 767-4821<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): CHANEL, INC., A NEW YORK CORPORATION | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER:<br>CV 07 5641 |
| DEFENDANT/RESPONDENT: SEOUNG HYUN KIM AKA BAILEY KIM AND HARRISON Y. CHANG AKA HARRY CHANG, INDIVIDUALLY AND JOINTLY DBA, SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, AND DOES 1-10 | |
| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.:<br>CHANEL/SWISSWATCHFACTORY |

Party to Serve:
SEOUNG HYUN KIM, INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, Alias: AKA BAILEY KIM

Documents:
Summons and Complaint for Damages and Injunctive Relief; Ecf Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference and Adr Deadlines; Case Management Conference Order

Service Address:
3612 FLORA VISTA Avenue #362, SANTA CLARA, CA 95051

I declare the following attempts were made to effect service by personal delivery:
1/8/2008 2:00:00 PM: **No answer at the door.**
1/9/2008 11:27:00 AM: **No answer at the door.**
1/10/2008 3:11:00 PM: **No answer at the door.**
1/11/2008 12:59:00 PM: **Per the subject's friend, Steve Kim, the subject is in China.**

Person who served papers:
**David Noriega**
255 North Market Street, Suite 246, San Jose, CA 95110
408-295-2700

I am a registered California process server
   Registration No.: **1028**
   County:    **Santa Clara**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/11/2008

_____
**David Noriega**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

Order No. 5011986 SEA

# Declaration of Mailing

## Docket Number: CV 07 5641

The undersigned hereby declares: that I, Elizabeth Noguera, am a citizen of the United States of America and am employed in the city of Seattle, in the state of WA.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on 01/14/2008, after service was made, I completed service by depositing a copy of the SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER, in a first class post paid envelope properly addressed at a US Post Office. The envelope bore the legend " **Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

> SEOUNG HYUN KIM, AKA BAILEY KIM INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM
> 3612 FLORA VISTA AVE
> #362
> SANTA CLARA CA 95051

The mailing was not returned by the Post Office.

I declare under penalty of perjury of the state of California, that the foregoing is true and correct.

I executed this declaration on January 14, 2008 at Seattle, WA.

Tracking #: 5011986

_____
Declarant   Elizabeth Noguera

Tracking #: 5011986