1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, California 94104-3839
4  Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, | Case No. C-07-5641-SI |
| Plaintiff, | |
| v. | **PLAINTIFF CHANEL, INC.'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly D/B/A SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10 | **Date Filed:** November 7, 2007<br>**Original Date of CMC:** February 15, 2008, 2:00 pm<br>**[Proposed] Date of CMC:** March 28, 2008, 2:00 pm |
| Defendants. | |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 7, 2007;

WHEREAS, Chanel served Defendant Seoung Hyun Kim ("Defendant Kim") on January 11, 2008;

WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant Kim and Defendant Kim has not answered or made any response to the Complaint;

1

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

1  WHEREAS, based on the lack of response, Chanel is preparing and will shortly file a Request
2  for Entry of Default as to Defendant Kim;

3  WHEREAS, Chanel is still attempting to effect service on Defendant Harrison Y. Chang
4  ("Defendant Chang");

5  WHEREAS, the Case Management Conference is currently scheduled for February 15, 2008
6  at 2:00 p.m.;

7  WHEREAS, because of this lack of response from Defendant Kim and the difficulty serving
8  Defendant Chang as of this date, Chanel believes it has good cause to continue the Case Management
9  Conference to permit entry of default as to Defendant Kim and to permit further efforts to serve
10 Defendant Chang;

11 **THEREFORE**, Chanel hereby requests that the Court continue the Case Management
12 Conference until March 28, 2007 at 2:00 p.m.

13 Dated: February 7, 2008                          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                                  By: _____/s/_____
                                                      MCIHAEL D. LISI
                                                      Attorneys for Plaintiff
                                                      CHANEL, INC.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until March 28, 2008 at 2:00 p.m.

Dated: February __, 2008               _____
                                       UNITED STATES DISTRICT JUDGE
                                       SUSAN ILLSTON

2
_____
CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641