1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
4  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) | Case No. C-07-5641-SI |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF CHANEL, INC.'S** |
| v. ) | **REQUEST TO CONTINUE CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| SEOUNG HYUN KIM a/k/a BAILEY KIM and ) | **AND [PROPOSED] ORDER** |
| HARRISON Y. CHANG a/k/a HARRY ) | |
| CHANG, Individually and Jointly D/B/A ) | |
| SWISSWATCHFACTORY.COM d/b/a SWISS ) | **Date Filed:** November 7, 2007 |
| WATCH FACTORY d/b/a NEOLINE GROUP ) | **Original Date of CMC:** |
| d/b/a THEALAMEDAWAY@AOL.COM d/b/a ) | February 15, 2008, 2:00 pm |
| NEOLINE INC. d/b/a ) | **[Proposed] Date of CMC:** |
| SWISSWATCHCRAFT.COM d/b/a ) | March 28, 2008, 2:00 pm |
| OHMYWATCH.COM and DOES 1 through 10 ) | |
| ) | |
| Defendants. ) | |
| ) | |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 7, 2007;

WHEREAS, Chanel served Defendant Seoung Hyun Kim ("Defendant Kim") on January 11, 2008;

WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant Kim and Defendant Kim has not answered or made any response to the Complaint;

1

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

1    WHEREAS, based on the lack of response, Chanel is preparing and will shortly file a Request
2    for Entry of Default as to Defendant Kim;

3    WHEREAS, Chanel is still attempting to effect service on Defendant Harrison Y. Chang
4    ("Defendant Chang");

5    WHEREAS, the Case Management Conference is currently scheduled for February 15, 2008
6    at 2:00 p.m.;

7    WHEREAS, because of this lack of response from Defendant Kim and the difficulty serving
8    Defendant Chang as of this date, Chanel believes it has good cause to continue the Case Management
9    Conference to permit entry of default as to Defendant Kim and to permit further efforts to serve
10   Defendant Chang;

11   **THEREFORE**, Chanel hereby requests that the Court continue the Case Management
12   Conference until March 28, 2007 at 2:00 p.m.

13   Dated: February 7, 2008                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

16                                              By: _____/s/_____
                                                    MCIHAEL D. LISI
17                                                  Attorneys for Plaintiff
                                                    CHANEL, INC.

**[PROPOSED] ORDER**

21   IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until
22   March 28, 2008 at 2:00 p.m.

24   Dated: February __, 2008                   _____
                                                UNITED STATES DISTRICT JUDGE
25                                              SUSAN ILLSTON

2

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641