KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly d/b/a SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10<br><br>Defendants. | Case No. C-07-5641-SI<br><br>**PLAINTIFF CHANEL, INC.'S REQUEST TO ENTER DEFAULT**<br><br>Date Filed: November 7, 2007<br>Date Served: January 11, 2008<br>Date of Request: February 19, 2008 |

Pursuant to Federal Rule of Civil Procedure 55 and Civil Local Rule 77-2, Plaintiff hereby requests that the Clerk of the Court enter default in this matter against Seoung Hyun Kim ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Michael D. Lisi in Support of Request to Enter Default, ¶ 6.

Plaintiff served the Summons and Complaint on Defendant on January 11, 2008, and filed the Certificate of Service with this Court on February 7, 2008. *See Id.*, ¶¶ 2, 3 Exhibit A. Neither

1  Plaintiff nor the Court has granted Defendant any extensions of time to respond to the Complaint.
2  *Id.*, ¶ 5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of
3  any answer or other response upon Plaintiff's attorneys of record. *Id.*, ¶ 6. Plaintiffs have no
4  reason to believe that Defendant is an infant or incompetent person. *Id.*, ¶ 7. Plaintiffs have no
5  reason to believe that Defendant is in the military service. *Id.*, ¶ 8.

6      Consequently, Plaintiff is entitled to entry of default against the Defendant and respectfully
7  requests that the Clerk of the Court enter such default.

8  Dated: February 19, 2008                               KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____

MICHAEL D. LISI
Attorneys for Plaintiff
CHANEL, INC.