```
 1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
 2  MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
    ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
 3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
    114 Sansome Street, 4th Floor
 4  San Francisco, California 94104-3839
    Telephone:   (415) 249-8330
 5  Facsimile:   (415) 249-8333

 6  Attorneys for Plaintiff Chanel, Inc.
```

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>   Plaintiff,<br><br> v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly d/b/a SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10,<br><br>   Defendants. | Case No. C-07-5641-SI<br><br>**DECLARATION OF MICHAEL D. LISI IN SUPPORT OF REQUEST FOR DEFAULT**<br><br>Date Filed: November 7, 2007<br>Date Served: January 11, 2008<br>Date of Request: February 19, 2008 |

I, MICHAEL D. LISI, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California. I am a partner with the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP, and I am an attorney for Plaintiff Chanel, Inc. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On November 11, 2007, Plaintiff filed the Complaint in this case against Seoung Kim ("Defendant"). After numerous attempts at service, the Summons and Complaint were properly served on January 11, 2008.

3. Attached hereto as Exhibit "A" is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on January 11, 2008. The document was also e-filed, and is currently e-Docket No. 4.

4. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

5. Defendant has not been granted any extension of time to respond to the Complaint.

6. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

7. I have no reason to believe that Defendant is an infant or incompetent person.

8. I have no reason to believe that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2008 at San Francisco, California.

_____/s/_____
Michael D. Lisi

Case No. C-07-5641        9

DECLARATION OF
MICHAEL D. LISI

# EXHIBIT A

1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
4  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

7

8                    THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  CHANEL, INC., a New York corporation,    )   Case No. C-07-5641-SI
                                             )
12                 Plaintiff,                )
                                             )   **CERTIFICATE OF SERVICE RE**
13        v.                                 )   **SUMMONS AND COMPLAINT**
                                             )
14  SEOUNG HYUN KIM a/k/a BAILEY KIM and     )
    HARRISON Y. CHANG a/k/a HARRY            )
15  CHANG, Individually and Jointly D/B/A    )
16  SWISSWATCHFACTORY.COM d/b/a SWISS        )
    WATCH FACTORY d/b/a NEOLINE GROUP        )
17  d/b/a THEALAMEDAWAY@AOL.COM d/b/a        )
    NEOLINE INC. d/b/a                       )
18  SWISSWATCHCRAFT.COM d/b/a                )
19  OHMYWATCH.COM and DOES 1 through 10      )
                                             )
20                                           )
                   Defendants.               )
21                                           )

27                              1

28  CERTIFICATE OF SERVICE RE SUMMONS AND COMPLAINT
    Case No. C- C-07-5641

Case 3:07-cv-05641-SI  Document 9  Filed 02/19/2008  Page 5 of 9
California Declaration (subserve - residence)
Case 3:07-cv-05641-SI  Document 4  Filed 02/07/2008  Page 2 of 6  Page 1 of 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Gaffigan, Stephen M (PFI)<br>312 SE 17th St, 2nd Floor<br>Ft Lauderdale, FL 33316<br>TELEPHONE NO.: 954 767-4819    FAX NO. *(Optional)*: 954 767-4821<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: CHANEL, INC., A NEW YORK CORPORATION | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER: | CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER:<br>CV 07 5641 |
|---|---|---|
| DEFENDANT/RESPONDENT: | SEOUNG HYUN KIM AKA BAILEY KIM AND HARRISON Y. CHANG AKA HARRY CHANG, INDIVIDUALLY AND JOINTLY DBA, SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, AND DOES 1-10 | |
| PROOF OF SERVICE OF SUMMONS | | Ref. No. or File No.:<br>CHANEL/SWISSWATCHFACTORY |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons and Complaint for Damages and Injunctive Relief; Ecf Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference and Adr Deadlines; Case Management Conference Order

3. a. Party served *(specify name of party as shown on documents served)*:
      SEOUNG HYUN KIM, INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, Alias: AKA BAILEY KIM
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   3612 FLORA VISTA Avenue #362, SANTA CLARA, CA 95051

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 1/11/2008 (2) at *(time)*: 1:00 PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Steve Kim, RESIDENT, A male approx. 25-30 years of age 5'8"-5'10" in height weighing 160-180 lbs with black hair
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*:    or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Order No. 5011986 SEA

Case 3:07-cv-05641-SI   Document 9   Filed 02/19/2008   Page 6 of 9
California Declaration (subserve, residence)
Case 3:07-cv-05641-SI   Document 4   Filed 02/07/2008   Page 3 of 6   Page 2 of 4

| PLAINTIFF/PETITIONER: | CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER: | |
|---|---|---|---|
| DEFENDANT/RESPONDENT: | SEOUNG HYUN KIM AKA BAILEY KIM AND HARRISON Y. CHANG AKA HARRY CHANG, INDIVIDUALLY AND JOINTLY DBA, SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, AND DOES 1-10 | | CV 07 5641 |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*   (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)[ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
                                                  [ ] other

7. **Person who served papers**
   a. Name: **David Noriega**
   b. Address: **255 North Market Street, Suite 246, San Jose, CA 95110**
   c. Telephone number: **408-295-2700**
   d. The fee for service was: **$75.00**
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] registered California process server:
         (i) [ ] owner   [ ] employee   [X] independant contractor
         (ii) [X] Registration No.: **1028**
         (iii) [X] County: **Santa Clara**

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **1/11/2008**

**David Noriega**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   (SIGNATURE)

POS-010 (Rev. January 1, 2007)                                                      Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                          Order No. 5011986 SEA

https://www.abclegal.com/agents/proofs/california.asp?ord=5011986&typ=subres&ttl=Cal...   1/11/2008

Case 3:07-cv-05641-SI    Document 9    Filed 02/19/2008    Page 7 of 9
California Declaration (subserve, residence)
Case 3:07-cv-05641-SI    Document 4    Filed 02/07/2008    Page 4 of 6    Page 4 of 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Gaffigan, Stephen M (PFI)<br>312 SE 17th St, 2nd Floor<br>Ft Lauderdale, FL 33316<br>TELEPHONE NO.: 954 767-4819    FAX NO. (Optional): 954 767-4821<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): CHANEL, INC., A NEW YORK CORPORATION | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME | |
| PLAINTIFF/PETITIONER: CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER:<br>CV 07 5641 |
| DEFENDANT/RESPONDENT: SEOUNG HYUN KIM AKA BAILEY KIM AND HARRISON Y. CHANG AKA HARRY CHANG, INDIVIDUALLY AND JOINTLY DBA, SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM, AND DOES 1-10 | |
| DECLARATION OF REASONABLE DILIGENCE | Ref. No. or File No.:<br>CHANEL/SWISSWATCHFACTORY |

Party to Serve:
SEOUNG HYUN KIM, INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM,
Alias: AKA BAILEY KIM

Documents:
Summons and Complaint for Damages and Injunctive Relief; Ecf Registration Information Handout; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference and Adr Deadlines; Case Management Conference Order

Service Address:
3612 FLORA VISTA Avenue #362, SANTA CLARA, CA 95051

I declare the following attempts were made to effect service by personal delivery:
1/8/2008 2:00:00 PM: No answer at the door.
1/9/2008 11:27:00 AM: No answer at the door.
1/10/2008 3:11:00 PM: No answer at the door.
1/11/2008 12:59:00 PM: Per the subject's friend, Steve Kim, the subject is in China.

Person who served papers:
David Noriega
255 North Market Street, Suite 246, San Jose, CA 95110
408-295-2700

I am a registered California process server
Registration No.: 1028
County:    Santa Clara

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/11/2008

_____
David Noriega
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

Order No. 5011986 SEA

# Declaration of Mailing

## Docket Number: CV 07 5641

The undersigned hereby declares: that I, Elizabeth Noguera, am a citizen of the United States of America and am employed in the city of Seattle, in the state of WA.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on 01/14/2008, after service was made, I completed service by depositing a copy of the SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER, in a first class post paid envelope properly addressed at a US Post Office. The envelope bore the legend " **Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

> SEOUNG HYUN KIM, AKA BAILEY KIM INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM
> 3612 FLORA VISTA AVE
> #362
> SANTA CLARA CA 95051

The mailing was not returned by the Post Office.

I declare under penalty of perjury of the state of California, that the foregoing is true and correct.

I executed this declaration on January 14, 2008 at Seattle, WA.

Tracking #: 5011986

Declarant  Elizabeth Noguera

Tracking #: 5011986