KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly d/b/a SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10,<br><br>  Defendants. | Case No. C-07-5641-SI<br><br>**[PROPOSED] DEFAULT BY CLERK** |

It appearing from the records in this action that the Summons has been served upon Defendant Seoung Kum, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Seoung Kim has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Case No. C-07-5641                                1                                DEFAULT BY CLERK

1  Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Seoung
2  Huyn Kim hereby is entered.

4  DATED: February ___, 2008            By:_____
                                              Deputy Clerk