**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking					General Court Number
Clerk								415.522.2000

February 21, 2008

RE:  CV 07-05641 SI          CHANEL INC-v- SEOUNG HYUN KIM

Default is entered as to defendant Seoung Hyun Kim on February 20, 2008.

					RICHARD W. WIEKING, Clerk

					/s/
					by Yumiko Saito
					Case Systems Administrator

NDC TR-4  Rev. 3/89