1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
4  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly D/B/A SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10<br><br>    Defendants. | Case No. C-07-5641-SI<br><br>**PLAINTIFF CHANEL, INC.'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date Filed:** November 7, 2007<br><br>**Original Date of CMC:** February 15, 2008, 2:00 pm<br><br>**[Proposed] Date of CMC:** April 25, 2008, 2:00 pm |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 7, 2007;

WHEREAS, Chanel served Defendant Seoung Hyun Kim ("Defendant Kim") on January 11, 2008;

1

CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

1  WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant Kim and Defendant Kim has not answered or made any response to the Complaint;

WHEREAS, on February 19, 2008, Chanel filed its Request for Entry of Default as to Defendant Kim.

WHEREAS, on February 21, 2008, the Clerk entered default as to Defendant Kim.

WHEREAS, Chanel is preparing and will shortly file a its Motion for Entry of Final Default Judgment as to Defendant Kim;

WHEREAS, Chanel is still attempting to effect service on Defendant Harrison Y. Chang ("Defendant Chang");

WHEREAS, the Case Management Conference is currently scheduled for March 28, 2008 at 2:00 p.m.;

WHEREAS, because of the Entry of Default as to Defendant Kim and the difficulty serving Defendant Chang as of this date, Chanel believes it has good cause to continue the Case Management Conference to permit the filing of the Motion for Entry of Final Default Judgment as to Defendant Kim, and to permit further efforts to serve Defendant Chang;

**THEREFORE**, Chanel hereby requests that the Court continue the Case Management Conference until April 25, 2008 at 2:00 p.m.

Dated:  March 25, 2008                         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
MCIHAEL D. LISI
Attorneys for Plaintiff
CHANEL, INC.

/ / /

/ / /

/ / /

2
_____
CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until April , 2008 at 2:00 p.m.

Dated: _____, 2008           _____
                                 UNITED STATES DISTRICT JUDGE
                                 SUSAN ILLSTON