1   KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
    MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2   ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3   114 Sansome Street, 4th Floor
    San Francisco, California 94104-3839
4   Telephone:    (415) 249-8330
    Facsimile:    (415) 249-8333
5

6   Attorneys for Plaintiff, Chanel, Inc.

7

8                     THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHANEL, INC., a New York corporation,      )   Case No. C-07-5641-SI
                                               )
12              Plaintiff,                      )
                                               )
13       v.                                     )   **PLAINTIFF CHANEL, INC.'S**
                                               )   **SECOND REQUEST TO CONTINUE**
14  SEOUNG HYUN KIM a/k/a BAILEY KIM and       )   **CASE MANAGEMENT**
    HARRISON Y. CHANG a/k/a HARRY              )   **CONFERENCE AND [PROPOSED]**
15  CHANG, Individually and Jointly D/B/A      )   **ORDER**
    SWISSWATCHFACTORY.COM d/b/a SWISS          )
16  WATCH FACTORY d/b/a NEOLINE GROUP          )
    d/b/a THEALAMEDAWAY@AOL.COM d/b/a          )   **Date Filed:** November 7, 2007
17  NEOLINE INC. d/b/a                          )
    SWISSWATCHCRAFT.COM d/b/a                   )   **Original Date of CMC:**
18  OHMYWATCH.COM and DOES 1 through 10         )   February 15, 2008, 2:00 pm
                                               )
19                                             )   **[Proposed] Date of CMC:**
                Defendants.                     )   April 25, 2008, 2:00 pm
20                                             )
                                               )
21                                             )
                                               )
22  _____  )

23       WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 7, 2007;

24       WHEREAS, Chanel served Defendant Seoung Hyun Kim ("Defendant Kim") on January 11,

25  2008;

26

27                                          1

28  _____
    CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
    Case No. C- C-07-5641

WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant Kim and Defendant Kim has not answered or made any response to the Complaint;

WHEREAS, on February 19, 2008, Chanel filed its Request for Entry of Default as to Defendant Kim.

WHEREAS, on February 21, 2008, the Clerk entered default as to Defendant Kim.

WHEREAS, Chanel is preparing and will shortly file a its Motion for Entry of Final Default Judgment as to Defendant Kim;

WHEREAS, Chanel is still attempting to effect service on Defendant Harrison Y. Chang ("Defendant Chang");

WHEREAS, the Case Management Conference is currently scheduled for March 28, 2008 at 2:00 p.m.;

WHEREAS, because of the Entry of Default as to Defendant Kim and the difficulty serving Defendant Chang as of this date, Chanel believes it has good cause to continue the Case Management Conference to permit the filing of the Motion for Entry of Final Default Judgment as to Defendant Kim, and to permit further efforts to serve Defendant Chang;

**THEREFORE**, Chanel hereby requests that the Court continue the Case Management Conference until April 25, 2008 at 2:00 p.m.

Dated:  March 25, 2008                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
                MCIHAEL D. LISI
                Attorneys for Plaintiff
                CHANEL, INC.

///

///

///

2
_____
CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

1                                                   **[PROPOSED] ORDER**

2          IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until

3 April , 2008 at 2:00 p.m.

4

5 Dated: _____, 2008            _____

6                                        UNITED STATES DISTRICT JUDGE
                                       SUSAN ILLSTON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                 3

28