KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:   (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC., <br><br> Defendants. | Case No. C-07-5946-CRB <br><br> **PLAINTIFF CHANEL, INC.'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> **Date Filed:** November 26, 2007 <br><br> **Original Date of CMC:** <br> April 11, 2008, 8:30 a.m. |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 26, 2007;

WHEREAS, Chanel served Defendant Susan Lynne Pacini ("Pacini) on December 24, 2007;

WHEREAS, Pacini has not answered or made any response to the Complaint;

WHEREAS, on February 21, 2008, Chanel filed its Request for Entry of Default against Pacini.

WHEREAS, on February 26, 2008, the Clerk entered default as to Pacini.

1  WHEREAS, Chanel is preparing and will shortly file a its Motion for Entry of Final Default
2  Judgment against Pacini;
3  WHEREAS, the Case Management Conference is currently scheduled for April 11, 2008 at
4  8:30 a.m.;
5  WHEREAS, because of the Entry of Default against Pacini, Chanel believes it has good cause
6  to continue the Case Management Conference to permit the filing of the Motion for Entry of Final
7  Default Judgment against Pacini.
8  **THEREFORE**, Chanel hereby requests that the Court continue the Case Management
9  Conference until May 16, 2008 at 8:30 A.M.

10  Dated:  April 7, 2008                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

                                             By: _____/s/_____
                                                 MCIHAEL D. LISI
                                                 Attorneys for Plaintiff
                                                 CHANEL, INC.

/ / /
/ / /
/ / /

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until May 16, 2008 at 8:30 A.M.

Dated: _____, 2008         _____
                               THE HONORABLE CHARLES R. BREYER
                               UNITED STATES DISTRICT JUDGE