KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly D/B/A SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10<br><br>　　　　Defendants. | Case No. C-07-5641-SI<br><br>**PLAINTIFF CHANEL, INC.'S THIRD REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date Filed:** November 7, 2007<br><br>**Original Date of CMC:**<br>April 25, 2008 2:00 pm<br><br>**[Proposed] Date of CMC:**<br>May 30, 2008, 2:00 pm |

　　　　WHEREAS, Plaintiff Chanel, Inc. ("Chanel") requested a continuance in March 2008;

　　　　WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 7, 2007;

1

---
CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

WHEREAS, Chanel served Defendant Seoung Hyun Kim ("Defendant Kim") on January 11, 2008;

WHEREAS, twenty (20) days since Plaintiff properly effected service upon Defendant Kim and Defendant Kim did not answer or make any response to the Complaint;

WHEREAS, on February 19, 2008, Chanel filed its Request for Entry of Default as to Defendant Kim.

WHEREAS, on February 21, 2008, the Clerk entered default as to Defendant Kim.

WHEREAS, Chanel is finalizing its Motion for Entry of Final Default Judgment as to Defendant Kim and is planning to file that motion by the second week of May after certain declarants who are currently unavailable are able to review and execute their declarations;

WHEREAS, Chanel is compiling information on the attempts to effect service on Defendant Harrison Y. Chang ("Defendant Chang") and is preparing a motion for permission to serve Defendant Chang through publication;

WHEREAS, the Case Management Conference is scheduled for April 25, 2008 at 2:00 p.m.;

WHEREAS, because of the Entry of Default as to Defendant Kim, the preparation of Chanel's "service by publication" motion for Defendant Chang, and its Motion for Entry of Final Default Judgment as to Defendant Kim, Chanel believes it has good cause to continue the Case Management Conference;

**THEREFORE**, Chanel hereby requests that the Court continue the Case Management Conference until May 30 at 2:00 p.m.

Dated:  April 23, 2008                              KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
     ANJALI KUMAR KURANI
     Attorneys for Plaintiff
     CHANEL, INC.

2

CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

1 | **[PROPOSED] ORDER**

2 | IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until

3 | May 30, 2008 at 2:00 p.m.

5 | Dated: _____, 2008         _____
                                    UNITED STATES DISTRICT JUDGE
6 |                                 SUSAN ILLSTON

3

_____
CHANEL'S SECOND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641