KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, Individually and Jointly D/B/A SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC. d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM and DOES 1 through 10<br><br>  Defendants. | Case No. C-07-5641-SI<br><br>**PLAINTIFF CHANEL, INC.'S FOURTH REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**Date Filed:** November 7, 2007<br><br>**Current Date of CMC:**<br>May 30, 2008, 2:00 pm<br><br>**[Proposed] Date of CMC:**<br>September 12, 2008, 2:00 pm |

   WHEREAS, on February 19, 2008, Chanel filed its Request for Entry of Default as to Defendant Kim;

   WHEREAS, on February 21, 2008, the Clerk entered default as to Defendant Kim;

1

CHANEL'S FOURTH REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C- C-07-5641

1  WHEREAS, Chanel has been involved in efforts to serve defendant Harrison Y. Chang, which efforts are continuing;

WHEREAS Chanel has previously sought, and been granted, continuances of the Case Management Conference to permit further efforts at serving defendant Chang, and to permit the preparation and filing of Chanel's Motion for Default Judgment against defendant Kim;

WHEREAS Chanel was unable to file that Motion last week as anticipated because issues with certain Chanel personnel and key declarants' travel schedules prevented Chanel from having all the necessary declarations in place to file the Motion;

WHEREAS, Chanel expects to file the Motion by no later than Friday, May 30, and will set the Motion for a regularly noticed hearing;

WHEREAS, the Case Management Conference is currently scheduled for May 30, 2008 at 2:00 p.m.;

WHEREAS, in light of the anticipated filing of Chanel's Motion for Entry of Default, Chanel believes it has good cause to continue the Case Management Conference;

**THEREFORE**, Chanel hereby requests that the Court continue the Case Management Conference until September 12, 2008 at 2:00 p.m.

Dated:  May 28, 2008                                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
     MICHAEL D. LISI
     Attorneys for Plaintiff
     CHANEL, INC.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until September 12, 2008 at 2:00 p.m.

Dated: _____, 2008          _____
                                UNITED STATES DISTRICT JUDGE
                                SUSAN ILLSTON