1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
2  MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
   ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
4  San Francisco, California 94104-3839
   Telephone:  (415) 249-8330
5  Facsimile:  (415) 249-8333

6  Attorneys for Plaintiff, CHANEL, INC.

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 CHANEL, INC., a New York corporation     )   Case No. CV 07-03592-EMC
                                            )
11            Plaintiff,                     )   **DECLARATION OF KENNETH E.**
                                            )   **KELLER IN SUPPORT OF CHANEL,**
12    v.                                     )   **INC.'S MOTION FOR ENTRY OF**
                                            )   **DEFAULT JUDGMENT AGAINST**
13 SEOUNG HYUN KIM a/k/a BAILEY             )   **SEOUNG HYUN KIM a/k/a BAILEY KIM**
14 KIM and HARRISON Y. CHANG a/k/a          )   **d/b/a, SWISSWATCHFACTORY.COM**
   HARRY CHANG, individually and jointly    )   **d/b/a SWISS WATCH FACTORY d/b/a**
15 d/b/a, SWISSWATCHFACTORY.COM             )   **NEOLINE GROUP d/b/a**
   d/b/a SWISS WATCH FACTORY d/b/a          )   **THEALAMEDAWAY@AOL.COM d/b/a**
16 NEOLINE GROUP d/b/a                       )   **NEOLINE INC d/b/a**
17 THEALAMEDAWAY@AOL.COM d/b/a             )   **SWISSWATCHCRAFT.COM d/b/a**
   NEOLINE INC d/b/a                         )   **OHMYWATCH.COM.**
18 SWISSWATCHCRAFT.COM d/b/a               )
   OHMYWATCH.COM, and DOES 1-10,            )   Date:  July 25, 2008
19                                            )   Time:  9:30 a.m.
              Defendants.                    )   Courtroom:  10, 19th Floor
20                                            )   The Hon. Judge  Susan Illston
                                            )
21                                            )
                                            )
22 _____

23        I, Kenneth E. Keller, declare and state as follows:

24        1.       I am an attorney duly licensed to practice law before the courts of the State of

25 California and before this Court.  I am a partner in the law firm of Krieg, Keller, Sloan, Reilley &

26 Roman LLP, counsel of record for Plaintiff Chanel, Inc. ("Chanel").  The matters stated herein

   are true and correct of my own personal knowledge and, if called as a witness, I would testify

   competently thereto.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1.      I make this declaration in support of Chanel's Motion for Entry of Default and Final Default Judgment against Defendant Seoung Hyun Kim a/k/a Bailey Kim d/b/a, Swisswatchfactory.com d/b/a Swiss Watch Factory d/b/a Neoline Group d/b/a Thealamedaway@aol.com d/b/a Neoline Inc d/b/a Swisswatchcraft.com d/b/a Ohmywatch.com ("Kim" or "Defendant").

**RE:  ENTRY OF FINAL DEFAULT JUDGMENT**

2.      On January 11, 2008, Kim was served with a copy of the Summons, Complaint, and supporting documents.

3.      The time allowed for Defendant to respond to the Complaint pursuant to Federal Rule of Civil Procedure 12(a)(1)(A) expired on January 31, 2008.

4.      To my knowledge, Kim is not in the military service and is neither an infant, nor an incompetent.

5.      To date, Defendant has not filed any responsive pleading to the Complaint, has not requested an enlargement of time to respond to the Complaint, nor has any counsel made an appearance on her behalf.

**RE:  REQUEST FOR ATTORNEY'S FEES**

6.      I have been an attorney for over twenty years and I have extensive litigation experience.  I have been handling trademark litigation matters throughout the course of my practice.

7.      I began working on this action in November, 2007, although the matter and investigation were commenced by Chanel's Florida counsel, Stephen M. Gaffigan.

8.      From November, 2007 to the present, my firm invoiced Chanel a total of 11.2 hours.  Total fees charged to Chanel by this firm are $4,237.50.

9.      My hourly billing rate is $500.00, which is either equal to or less than the prevailing or comparable rate in the Northern District of California where this action was filed.

10.      Some hours in this matter were discounted as a professional courtesy.

11.      All attorney time incurred in this matter relates to the gathering of information, preparation of documents and pleadings, and other litigation related legal services.  I made every

reasonable effort to minimize hours spent on the case, and the fee requested is equal to or below the amount spent on similar past cases.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed the 2nd day of June, 2008, at San Francisco, California.


_____/s/_____
Kenneth E. Keller