# EXHIBIT B

Case 3:07-cv-05641-SI    Document 19-3    Filed 06/02/2008    Page 1 of 3

1  Kenneth R. Keller (State Bar No. 71450)
   Christopher T. Holland (State Bar No. 164053)
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP
   114 Sansome Streeet, Suite 400
3  San Francisco, California 94104-3898
   Telephone:  (415) 249-8330
4  Facsimile:   (415) 249-8333
   E-mail: kkeller@kksrr.com
5  E-mail: cholland@kksrr.com

6  Attorneys for Plaintiff
   CHANEL, INC., a New York
7  Corporation

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHANEL, INC., a New York         )    Case No.:  3:07-cv-05641-SI
   | corporation                      )
   |                                  )
12 |            Plaintiff,            )    **DECLARATION OF JASON**
   |                                  )    **HOLMES IN SUPPORT OF**
13 |       v.                         )    **CHANEL, INC.'S MOTION FOR**
   |                                  )    **ENTRY OF DEFAULT JUDGMENT**
14 | SEOUNG HYUN KIM a/k/a            )    **AGAINST SEOUNG HYUN KIM**
   | BAILEY KIM and HARRISON Y.       )    **a/k/a BAILEY KIM d/b/a,**
15 | CHANG a/k/a HARRY CHANG,         )    **SWISSWATCHFACTORY.COM**
   | individually and jointly d/b/a,  )    **d/b/a SWISS WATCH FACTORY**
16 | SWISSWATCHFACTORY.COM            )    **d/b/a NEOLINE GROUP d/b/a**
   | d/b/a SWISS WATCH FACTORY        )    **THEALAMEDAWAY@AOL.COM**
17 | d/b/a NEOLINE GROUP d/b/a        )    **d/b/a NEOLINE INC d/b/a**
   | THEALAMEDAWAY@AOL.COM            )    **SWISSWATCHCRAFT.COM d/b/a**
18 | d/b/a NEOLINE INC d/b/a          )    **OHMYWATCH.COM.**
   | SWISSWATCHCRAFT.COM d/b/a        )
19 | OHMYWATCH.COM, and DOES          )
   | 1-10,                            )
20 |                                  )
   |            Defendants.           )
21 |                                  )

22        I, Jason Holmes, declare and state as follows:

23
          1.     I am an employee of IPCyberCrime.com, LLC, formerly, the Holmes
24
25 Detective Agency, a licensed private investigative firm, located in Plano, Texas.

26

- 1 -
**DECLARATION OF JASON HOLMES**

2.    I am over 18 years of age and have personal knowledge of the facts set forth herein.

3.    In or about May 2006, IPCyberCrime.com, LLC was retained by Chanel, Inc. (AChanel@) to investigate the suspected sale of counterfeit Chanel products by the Defendant Seoung Hyun Kim a/k/a Bailey Kim d/b/a, Swisswatchfactory.com d/b/a Swiss Watch Factory d/b/a Neoline Group d/b/a Thealamedaway@aol.com d/b/a Neoline Inc d/b/a Swisswatchcraft.com d/b/a Ohmywatch.com ("Kim" or "Defendant").

4.    On or about May 27th, 2008, I conducted a search through the Department of Defense Manpower Data Center and determined Kim is not recognized as being currently on active duty military status under the names Seoung Hyun Kim and/or Bailey Kim.

I declare the foregoing statements to be true and correct under penalty of perjury under the laws of the United States of America.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 29th day of May, 2008.

_____
JASON HOLMES

DECLARATION OF JASON HOLMES