# EXHIBIT D



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION 955,074 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM March 13, 1973
2nd RENEWAL FOR A TERM OF 10 YEARS FROM March 13, 2003
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:

*CHANEL, INC.*
*A NEW YORK CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 955,074
Registered Mar. 13, 1973
Renewal Term Begins Mar. 13, 1993

## TRADEMARK
## PRINCIPAL REGISTER

### CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

OWNER OF U.S. REG. NOS. 612,169, 902,190 AND OTHERS.

FOR: WATCHES, IN CLASS 27 (INT. CL. 14).

FIRST USE 11-2-1971; IN COMMERCE 12-22-1971.

SER. NO. 72-414,550, FILED 2-4-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 15, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**955,074**
Registered Mar. 13, 1973

## PRINCIPAL REGISTER
## Trademark

Ser. No. 414,550, filed Feb. 4, 1972

## CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York, N.Y. 10019

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use Nov. 2, 1971; in commerce Dec. 22, 1971.
Owner of Reg. Nos. 612,169, 902,190, and others.

Int. Cls.: 6, 14 and 26

Prior U.S. Cls.: 13, 27 and 28

**United States Patent and Trademark Office**

Reg. No. 1,238,001
Registered May 17, 1983

## TRADEMARK
Principal Register

## CHANEL

Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: MONEY CLIPS NOT MADE OF PRECIOUS METAL, in CLASS 6 (U.S. Cl. 13).
First use Oct. 16, 1979; in commerce Oct. 16, 1979.
For: WATCH CHAINS AND WATCH BANDS, in CLASS 14 (U.S. Cls. 27 and 28).
First use Oct. 16, 1979; in commerce Oct. 16, 1979.
For: CUFF LINKS, TIE PINS AND COLLAR PINS, NONE OF WHICH ARE MADE OF PRECIOUS OR SEMI-PRECIOUS METAL, in CLASS 26 (U.S. Cl. 28).
First use Oct. 16, 1979; in commerce Oct. 16, 1979.

Owner of U.S. Reg. Nos. 612,169, 902,190, 955,074 and others.

Sec. 2(f).

Ser. No. 304,926, filed Apr. 9, 1981.

DAVID E. BUCHER, Examining Attorney



UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,571,787* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 19, 1989*
1st RENEWAL FOR A TERM OF *10* YEARS FROM  *December 19, 1999*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

L. Edelen

L. EDELEN
Certifying Officer



Int. Cl.: **14**

Prior U.S. Cl.: **28**

**United States Patent and Trademark Office**  Reg. No. **1,571,787**
Registered Dec. 19, 1989

## TRADEMARK
PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

OWNER OF U.S. REG. NOS. 195,360, 955,074 AND OTHERS.

FOR: WATCHES AND CLOCKS, IN CLASS 14 (U.S. CL. 28).
FIRST USE 10-0-1987; IN COMMERCE 10-0-1987.

SER. NO. 73-792,254, FILED 4-10-1989.

JERI J. FICKES, EXAMINING ATTORNEY



Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,559,772
Registered Apr. 9, 2002

## TRADEMARK
PRINCIPAL REGISTER

### J12

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: TIMEPIECES; NAMELY, WATCHES, AND PARTS THEREOF, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-25-2000; IN COMMERCE 10-25-2000.

SN 75-889,682, FILED 1-6-2000.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,133,139
Registered Aug. 22, 2006

## TRADEMARK
PRINCIPAL REGISTER

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1914; IN COMMERCE 0-0-1925.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 195,360, 2,812,740 AND OTHERS.

SER. NO. 78-725,496, FILED 10-3-2005.

REBECCAH GAN, EXAMINING ATTORNEY