# EXHIBIT E (1 OF 2)

Case 3:07-cv-05641-SI     Document 19-6     Filed 06/02/2008     Page 1 of 15

Kenneth R. Keller (State Bar No. 71450)
Christopher T. Holland (State Bar No. 164053)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP
114 Sansome Streeet, Suite 400
San Francisco, California 94104-3898
Telephone:  (415) 249-8330
Facsimile:   (415) 249-8333
E-mail: kkeller@kksrr.com
E-mail: cholland@kksrr.com

Attorneys for Plaintiff
CHANEL, INC., a New York
Corporation

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEOUNG HYUN KIM a/k/a BAILEY KIM and HARRISON Y. CHANG a/k/a HARRY CHANG, individually and jointly d/b/a, SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM, and DOES 1-10,<br><br>Defendants. | Case No.: 3:07-cv-05641-SI<br><br>DECLARATION OF ROBERT HOLMES IN SUPPORT OF CHANEL, INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST SEOUNG HYUN KIM a/k/a BAILEY KIM d/b/a, SWISSWATCHFACTORY.COM d/b/a SWISS WATCH FACTORY d/b/a NEOLINE GROUP d/b/a THEALAMEDAWAY@AOL.COM d/b/a NEOLINE INC d/b/a SWISSWATCHCRAFT.COM d/b/a OHMYWATCH.COM.<br><br>DATE:<br>TIME:<br>PLACE: |

I, Robert Holmes, declare and state as follows:

1. I am an officer of IP Cybercrime.com, LLC, formerly, the Holmes Detective Agency, a licensed private investigative firm, located in Plano, Texas.

2. I am over 18 years of age and have personal knowledge of the facts set forth herein.

3. In or about March 2007, IP Cybercrime.com, LLC was retained by counsel for Chanel, Inc. ("Chanel") to investigate the suspected sale of counterfeit Chanel products by the Defendant Seoung Hyun Kim a/k/a Bailey Kim d/b/a, Swisswatchfactory.com d/b/a Swiss Watch Factory d/b/a NEOline Group d/b/a Thealamedaway@aol.com d/b/a NEOline Inc d/b/a Swisscraftwatch.com d/b/a Ohmywatch.com ("Kim" or "Defendant").

4. On or about March 29, 2007, I conducted a domain name search of Swisswatchfactory.com through WHOIS.domaintools.com, and determined the domain name was created on December 19, 2006. The Registrant, the Administrative Contact, and the Technical Contact are identified as Seoung Hyun Kim, the named Defendant herein, with the contact address listed as 3612 Flora Vista Avenue, #362, Santa Clara, California 95051 and a contact telephone number of (213) 268-0754. A true and correct copy of the WHOIS report from WHOIS.domaintools.com for Kim's website Swisswatchfactory.com is attached hereto as Exhibit "1."

5. On or about March 29, 2007, I accessed Kim's fully interactive Internet website Swisswatchfactory.com and placed an order for the purchase of a watch (black, J12) bearing the Chanel Marks at issue in this action for $699.00, including shipping.

6. I paid for the watch via Paypal. The payee information provided by the Defendant was "NEOline Group; easycraigslist.com; thealamedaway@yahoo.com; (213) 268-0754."

7. On May 8, 2007, I received the watch purchased from the Defendant via EMS. The return address on the outer package was "Son Young Sub, (017) 223-7389, (remainder in Korean)." A true and correct photograph of the watch I purchased from Kim through her website Swisswatchfactory.com together with true and correct copies of the invoice, the outer package, and the Chain of Custody are attached hereto as Composite Exhibit "2."

8. The watch I purchased from Kim through her website SwissWatchFactory.com, together with the Chain of Custody, was sent to Chanel for authentication. Chanel's representative confirmed the watch purchased from the Defendant was counterfeit.

9. The telephone number (213) 268-0754, identified as the contact number for Kim on the WHOIS report for SwissWatchFactory.com, is the same telephone number identified as the Payee contact number identified in connection with my payment through PayPal for the J12 watch bearing the Chanel Marks that I purchased from Kim through her SwissWatchFactory.com website.

10. On May 31, 2007, I accessed PayPal.com, and conducted a member's search on NEOline Group, the payee identified in connection with my purchase from SwissWatchFactory.com. The PayPal search revealed that the Defendant's

- 3 -

PayPal account was created on September 13, 2004, and identified the Business URL as http://www.easycraigslist.com and the Customer Service telephone number as 213-268-0754. A true and correct copy of the printout from the PayPal member search I conducted is attached hereto as Exhibit "3."

11. Based on the information I obtained through the PayPal Member's search, I accessed the website identified through PayPal as the Defendant's business URL, EasyCraigsList.com. The site identified 1919 Shoreline Drive, Alameda, California 94501 as the mailing address for NEOline Group (the "1919 Address"). I then conducted an address search through Google.com of the 1919 Address which revealed an internet classified advertisement for counterfeit watches identifying the 1919 Address as the business address for the Defendant's websites SwissWatchFactory.com and SwissCraftWatch.com. I also conducted a business-to-business listing search regarding NEOline through TradeNote.net. My searches revealed the name NEOline, Inc. with Bailey Kim listed as its CEO. True and correct copies of the printout from Google.com and the business-to-business listing printout from TradeNote.net in connection with my searches of NEOline are attached hereto as Composite Exhibit "4."

12. On August 29, 2007, I personally attempted to access the Defendant's website Swisscraftwatch.com. Upon typing in the URL address http://www.swisscraftwatch.com, the address immediately forwarded to the Defendant's SwissWatchFactory.com. A true and correct copy of the printout of

- 4 -

the Swisswatchfactory.com website, dated August 27, 2007, which came up when I attempted to access Swisscraftwatch.com is attached to Chanel's Motion for Final Default Judgment as Composite Exhibit "G" at Pg. 65.

13. Through my investigation, I confirmed the named Defendant Seoung Hyun Kim a/k/a Bailey Kim resided at 3612 Flora Vista Avenue, #362, Santa Clara, CA 95051 – the address identified as the contact address for Swisswatchfactory.com on the WHOIS report. I was later advised that Kim was served with the Summons and Complaint in this action at this address.

14. On August 5, 2007, I place a call to (408) 247-0462, the telephone I identified, through WhitePages.com, as Kim's home telephone number registered to the Flora Vista address. I spoke with an unidentified female and requested to speak to "Bailey." The woman advised that "Bailey" was not in at the time. I then requested to speak to Seoung Hyun Kim and was advised that "Seoung Hyun Kim" is also known as "Bailey."

15. Since my firm's retention by Plaintiff on this matter, my firm has billed Plaintiff, and been paid for, a total of $1399.99 as fees and buy money to investigate the Defendant's counterfeiting activities.

I declare the foregoing statements to be true and correct under penalty of

perjury under the laws of the United States of America.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this __2nd__ day of June, 2008.

_____
ROBERT HOLMES

# EXHIBIT "1'

Swisswatchfactory.com Swiss Watch Factory       http://whois.domaintools.com/swisswatchfactory.com

Welcome **rob7767**  Logout  My Account

| Whois swisswatchfactory.c | Domain Suggestions | For Sale | Auctions | Advanced Auctions | Domain Search | Domain Monitor |
| Domain Directory | Ping | Traceroute | My IP Address | Cheap Domain Name Registration | Bulk Check | more > |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Advanced Auction | XML API |

Sponsored Ads

  

Advertise in this spot, over 12 million people a month read this. Click on the sponsor link to the right for more information.

**DomainTools Blog:** Vint Cerf calls for Feedback on Walking Dead Registrars - Posted 2 days ago

## Whois for Swisswatchfactory.com ( Swiss Watch Factory )

### Front Page Information
- **Website Title:** Custom Grade Luxury Replica Swiss Watch Brands
- **Record Type:** Domain Name
- **Meta Description:** Custom Grade Luxury Replica Swiss Watch
- **Meta Keywords:** 인터넷쇼핑몰, 쇼핑몰, 쇼핑샵
- **AboutUs:** Wiki article on Swisswatchfactory.com
- **SEO Score:** 0%
- **Frames:** 1 (Page not indexable by most search engines.)

### Add Missing Thumbnail
Add Thumbnail (usually in under 2 hours)

### SEO Text Browser
Loading...   SEO Text Browser

### Indexed Data
- **Alexa Trend/Rank:** 915,002 (1 Month) 1,894,014 (3 Month)

### Server Data
- **Server Type:** Apache (Spry.com also uses Apache)
- **IP Address:** 64.34.111.52
- **IP Location:** - British Columbia - Richmond - Hosting Metro Inc
- **Response Code:** 200
- **Blacklist Status:** Clear
- **SSL Cert:** cpweb15.idig.net expires in 272 days
- **Website Status:** Active

http://www.swisswatchfacto...
Disable SEO Text Browser ( Beta )

**Other TLDs**   Toggle Key
.com   .net   .org   .info   .biz   .us

### Registry Data
- **ICANN Registrar:** ENOM, INC.
- **Created:** 19-dec-2006
- **Expires:** 19-dec-2007
- **Registrar Status:** clientDeleteProhibited
- **Whois Server:** whois.enom.com
- **Name Server:** CNS1.CANADIANWEBHOSTING.COM

### Customize This Page
Select the items you want to be shown on this page.

☑ Front Page     ☑ Indexed Data
☑ Server Data    ☑ Registry Data
☑ Exclusive Data

### DomainTools Exclusive
- **NS History:** 8 changes. Using 5 unique name servers in 4 years.
- **IP History:** 5 changes. Using 3 unique IP addresses in 2 years.
- **Whois History:** 2 records have been archived since 2007-03-19
- **Reverse IP:** 255 other sites hosted on this server.
- **Monitor Domain:** Set Free Alerts on swisswatchfactory.com
- **Free Tool:** Download DomainTools for Windows

### Backorder
Set a backorder so you can own swisswatchfactory.com when it becomes available.

### Domains for Sale

| Domain | Price |
|---|---|
| SwissBird.com | $195.00 |
| SwissInvestors.com | $550.00 |
| MobileSwiss.com | $552.00 |
| SwissBeer.com | $1,100.00 |
| SwissVat.com | $1,243.00 |
| SwissBanner.com | $1,243.00 |
| SwissHorse.com | $1,400.00 |
| SwissInstitute.com | $1,688.00 |
| SwissBiz.com | $1,688.00 |
| SwissContent.com | $1,845.00 |
| SecureSwiss.com | $1,845.00 |

### Whois Record

```
=====

Registration Service Provided By: Idigital Internet Inc.
Contact: domain@canadianwebhosting.com

Domain name: swisswatchfactory.com

Registrant Contact:
    Seoung hyun Kim (kelly@hotmail.com)
```

```
+1.2132680754
Fax:
3612 Flora Vista Avenue
#362
Santa Clara, CA 95051
US

Administrative Contact:

Seoung hyun Kim ( [redacted]@[redacted].com )
+1.2132680754
Fax:
3612 Flora Vista Avenue
#362
Santa Clara, CA 95051
US

Technical Contact:

Seoung hyun Kim ( [redacted]@[redacted].com )
+1.2132680754
Fax:
3612 Flora Vista Avenue
#362
Santa Clara, CA 95051
US

Status: Locked

Name Servers:
   ns1.canadianwebhosting.com
   ns2.canadianwebhosting.com

Creation date: 19 Dec 2006 19:52:55
Expiration date: 19 Dec 2007 19:52:55
======
```

### Domains At Auction

| Domain | Auction Date |
|---|---|
| SwissCompass.com | 03-29-2007 |
| SwissCompass.net | 03-29-2007 |
| ToBeSwiss.com | 03-29-2007 |
| TobyTheSwiss.com | 03-29-2007 |
| Swiss-Compass.com | 03-29-2007 |
| Swiss-Compass.net | 03-29-2007 |
| SwissElle.com | 03-29-2007 |
| SwissBoating.com | 03-30-2007 |
| Swiss-Boat.com | 03-30-2007 |
| SwissInvestmentBank.net | 03-31-2007 |
| Precision4Swiss.com | 03-31-2007 |
| SwissTelecomIndia.com | 03-31-2007 |
| Swiss-Window.com | 04-01-2007 |

### Compare Similar Domains

| Domain | Creation |
|---|---|
| Swiss Watches Usa.com | 1998-09-04 |
| Swiss Watch Hawaii.com | 2001-02-28 |
| Swiss Watches Repair.com | 2001-03-19 |
| Swiss Watch Group.com | 2002-04-19 |
| Swiss Watches Preview.com | 2002-09-13 |
| Swiss Watch Gallery.com | 2002-10-25 |
| Swiss Watch Finance.com | 2003-10-27 |
| Swiss Watch Guide.com | 2004-06-26 |
| Swiss Watches Private Labe. | 2005-04-29 |
| Swiss Watch Forum.com | 2005-09-09 |
| Swiss Watches Place.com | 2005-12-15 |
| Swiss Watch Global.com | 2006-02-26 |
| Swiss Watch Expert.com | 2006-03-02 |
| Swiss Watch Guy.com | 2006-03-06 |
| Swiss Watches Unlimited. | 2006-03-31 |
| Swiss Watch Girl.com | 2006-04-08 |
| Swiss Watch Exchange.com | 2006-06-22 |
| Swiss Watches Wholesale. | 2006-09-22 |
| Swiss Watch Ez.com | 2006-12-18 |
| **Swiss Watch Factory.com** | **2006-12-19** |

Members Area | Hosting Metrics | Stock Ticker | Download | Domain Registration | Whois | Domain Suggestions | Site Map.

# EXHIBIT "2"

iP CYBERCRiME.COM

## CHAIN OF CUSTODY FORM
## EVIDENCE #20070216

**CASE NAME:** swisswatchfactory.com

**CASE #:** CH06652

**COLLECTED FROM:** swisswatchfactory.com

**COLLECTED BY:** CM

**COLLECTION METHOD:** Internet Buy

**DESCRIPTION OF EVIDENCE:** 1 - Chanel watch (black, J12)

### TRANSFER HISTORY

| RECEIVED BY | DATE | SIGNATURE | TRANSFERRED TO | DATE |
|---|---|---|---|---|
| R. Holmes | 5/8/2007 | *[signature]* | Oka via FedEx | 5/31/2007 |
| L. Oka | JUN 0 1 2007 | *[signature]* | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

© IPCyberCrime.com 2001-2006







| From: | "Swiss Watch Factory" <swisswatchfactory@yahoo.com> |
|---|---|
| To: | < > |
| Sent: | Sunday, April 15, 2007 6:26 PM |
| Subject: | [order confirmation]Swisswatchfactory.com. |



 **Your placed order has been completed successfully.**

Thank your very much for your recent order.
Your order has been sucessfully placed and now is being processed.
Your item will be shipped out as soon as we confirm your payment.
Please check the details below.
You can track your order record at [Home -> My Page -> Order Status].

-Order confirmation Number: 200704151826471656
- Payment method : Credit card

### Order List

| Product Name | Price | Qty | Sub Total |
|---|---|---|---|
| Chanel J12 Ceramic Black (men) | $679 | 1ea | $679 |
| option | | | |
| | | $679 | product total |
| | | 20 | Shipping fee |
| | | $699 | Sub Total |

Again, we appreciate your business, and feel free to contact us with any questions or concerns. Thanks,
Swisswatchfactory.com

4/15/2007