# EXHIBIT E (2 OF 2)

**From:** &lt;service@paypal.com&gt;
**To:** "         " &lt;              &gt;
**Sent:** Thursday, April 19, 2007 6:00 AM
**Subject:** eCheck Payment Complete

Dear          ,

Your PayPal payment by bank transfer to thealamedaway@yahoo.com for $699.00 USD has been processed and automatically credited to the PayPal account of the payment's recipient. Thus, this transaction is completed.

Transaction ID: 0RB17762WD850832K

Show details for this transaction online by clicking https://www.paypal.com/us/cgi-bin/?cmd=_history

View the details of this transaction online at:

https://www.paypal.com/us/vst/id=0RB17762WD850832K

Note: Thank you so much for doing this for me! If you could just email me the tracking number when you send out the watch, I would appreciate that. Thanks again.

Thank you for using PayPal!
The PayPal Team

Security Advisory: When you log in to your PayPal account, be sure to open up a new web browser (e.g. Internet Explorer or Netscape) and type in the PayPal URL to make sure you are on the real PayPal website.
For more information on protecting yourself from fraud, please review the Security Tips in our Security Center.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click the Help link located in the top right corner of any PayPal page.

---

PayPal Email ID PP051

4/23/2007



# EXHIBIT "3"



## About **NEOline Group:**

To protect your security, PayPal offers information on the status of this member.

| | |
|---|---|
| Seller Reputation: | (5) Verified Buyers |
| Account Status: | Verified |
| Account Type: | US Business |
| Account Creation Date: | Sep. 13, 2004 |
| PayPal Member For: | 2 years 8 months 18 days |

- Member accepts all payments

| | |
|---|---|
| Business URL: | http://www.easycraigslist.com |
| Cust. Service Email: | thealamedaway@yahoo.com |
| Cust. Service Phone: | 213-268-0754 |

**Seller Reputation**
The Seller Reputation Number measures how many Verified PayPal members have paid that seller. New transactions are added 30 days after they occur, to ensure that the Reputation Number reflects successful exchanges.

**Account Status**
U.S. Users are considered "Verified" if they have confirmed the bank account they have added to their PayPal account. Verification is a positive signal to the Community that a user has complied with Community security measures.

**Account Type**
Accounts can be Personal, Premier, or Business. Active sellers are required to have a Premier or Business account.

Please note that this information is not an endorsement or guarantee but a summary of a member's status with PayPal provided to help the Community evaluate the other members with whom they transact.

Close Window

Copyright © 1999-2007 PayPal. All rights reserved.

# EXHIBIT "4"

More Photos   Print

# Rolex, Omega and many more

 

### Price: $389

- Movement: Swiss ETA 2893-2 25J Gold plated Automatic movement
- Genuine Swiss ETA Movement
- Anti Scratch Sapphire Crystal Glass
- Waterproof

- AAA Grade
- Do not compare with cheap watches
- 100% exact markings and engravings on face, crown, and case available; perfect weight and No one can ever tell the difference!
- Visit our website for 100+ more items!

All photos shown are actual photos taken just before listing. "A PICTURE IS WORTH THOUSAND WORDS." The watches that your ordered is completed same as in the pho



Will
1919 Shoreline Dr.
Alameda, CA 94501

Click To Email Me
http://www.swisscraftwatch.com
http://www.swisswatchfactory.com



Powered by:



Online Ad Syndication
Search Engine Placement



rss feed  |  terms of use  |  privacy

**Watches**
Designer Watches 1-866-843-9282 Free Shipping + Free Luxury Watch!
TheWatchery.com/Watches

**Pre -Owned Rolexes**
Large selection.We buy and sell Visit our showroom in Coppell Tx
www.TheDiamondJewelRyco.com

**Top Brand Name Watches**
Huge Discount On Luxury Watches Highest Quality Guarantee!
www.ieWatches.com

## Company Profile



**Neoline INC. []**
Posted Date: June 1, 2006

Contact now   + Add to Basket

We are a trading company located in california, USA specialized in metal related raw products such as iron ore, steel billets and scrap metal, etc.
Our main market is north and south east asian region including China, Japan, korea, Indonesia, philippine, etc.

OEM Service:
No. of R&D Staff:
Estimated Annual Sales (USD): Below US$1 Million
Export Percentage:
Quality Control:
Legal Representative/CEO:
Factory Size (Sq.meters):
Factory Location:
Corporate Status:

### Other Information

| | |
|---|---|
| Business Type: | |
| Main Markets: | |
| Year Established: | 2001 |
| Number of Employees: | |
| Legal Representative / CEO: | Bailey Kim |
| Website: | |
| Certificate: | |

[Related Categories: Iron & Steel, Metal Mineral ]
[Related Keywords: None ]

### Contact Information

Mr. Mr. Bailey Kim
()

| | |
|---|---|
| Company: | Neoline INC. |
| Address: | **3791 Landmark** Ln. California, USA, Brea, Cali States , , , |
| Zip/Postal: | 92823 |
| Telephone: | 1-213-268-0754-- |
| Fax: | 1-626-285-6134-- |

ICQ number:
MSN number:
Skype number: