# EXHIBIT F (1 OF 8)

Custom Grade Luxury Replica Swiss Watch Brands



SWISS WATCH FACTORY
REPLICA WATCH

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH

SEARCH

LOG-IN    SIGN UF

SORT BY PRODUCT    PRICE LOW FIRST    PR

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

¢Æ HOME > **CHANEL**



Chanel J12 jewel bezel
$ 699



Chanel J12 Ceramic Black
(men)
$ 679

Chanel J12 Ceramic White
(Ladies)
$ 679

¢ [Prev] | 1 | [Next] ¢º



Custom Grade Luxury Replica Swiss Watch Brands



ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

SWISS WATCH FACTORY
REPLICA WATCH

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

=PRODUCT SEARCH

SEARCH

LOG-IN    SIGN UP

☑ PRODUCT DETAIL INFORMATION

¿É HOME > CHANEL

PREV ▲    ⊕ ZOOM    ▶ NEXT

Chanel J12 Ceramic Black (men)

· Product Code  : cha N2
· Your Price     : $ 679
· Qty            : S 1    ea
· Brand          :

BACK    ADD TO CART    BUY NOW    W

DETAIL PRODUC







Custom Grade Luxury Replica Swiss Watch Brands

http://www.swisswatchfactory.com/Niceeart4/Shop/Cart/showitem.html?itemID=143&item_subidkey=A13



http://www.swisswatchfactory.com/Niceart4/Shop/Cart/showitem.html?itemID=143&item_subidkey=A13

Custom Grade Luxury Replica Swiss Watch Brands



Page 4 of 10

5

http://www.swisswatchfactory.com/Nicecart4/Shop/Cart/showitem.html?itemID=143&item_subidkey=A13



http://www.swisswatchfactory.com/Nicecart4/Shop/Cart/showitem.html?itemID=143&item_subidkey=A13



7

http://www.swisswatchfactory.com/Niceart4/Shop/Cart/showitem.html?itemID=143&item_subidkey=A13



3/19/2007

Custom Grade Luxury Replica Swiss Watch Brands



SWISSWATCHFACTORY.COM
SWISS WATCH
FACTORY
REPLICA WATCH

HOME | FAQ's | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH

SEARCH

LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

ROLEX
OYSTER PERPETUAL DATE
EXPLORER II
SUPERLATIVE CHRONOMETER
OFFICIALLY CERTIFIED
SWISS-T<25

CHECK UP!
MOVEMENT

COMING SOON
REPLICA BAG

http://www.swisswatchfactory.com/Niceeart4/Shop/Index/index_6.html

3/19/2007

9

http://www.swisswatchfactory.com/Nicecart4/Shop/Index/index_6.html

Custom Grade Luxury Replica Swiss Watch Brands



10