# EXHIBIT F (2 OF 8)



HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH [ SEARCH ]

LOG-IN   SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more cite |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |
| 34 | Are the leather bands real leather? |
| 33 | Is the watch FULL, SOLID stainless steel? Or is it stainless steel coated? |
| 32 | Is the glass SAPPHIRE CRYSTAL? |
| 31 | Does the watch have SCREWS in the links, or PINS? |
| 30 | Are the watches water-resistant? |
| 29 | What is meant by automatic, chronograph, and quartz? |
| 28 | What is meant by sweeping second hand, and which watches have it? |
| 27 | Does the watch have the HACK mechanism? |
| 26 | Does the watch have a SOLID STAINLESS STEEL BACK with GREEN ROLEX STICKER? |
| 25 | Does the watch have the SERIAL NUMBER/ BAND NUMBER? |

Custom Grade Luxury Replica Swiss Watch Brands





24  Does the watch have STEELINOX markings, and Serial number on clasp?

Subject 

1 2 3

SEARCH



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH
*SEARCH
LOG-IN  SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| No | subject |
|---|---|
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | What happens if the package is damaged or missing when I receive it? |
| 12 | How much do I have to pay if you reship the product? Do I have to pay for it aga |
| 11 | How much longer will it take if you reship the product back to me again? |
| 10 | Can I have the product shipped to me overnight? |
| 9 | How discreet is the package? Will other people know what is inside? |
| 8 | Can I pay by other methods? I.e. Cheques, money orders, Paypal, cash? |
| 7 | Which credit cards do you accept? |
| 6 | Do you do Cash on Delivery (COD) orders? |
| 5 | Are there any other hidden fees to pay besides for the product and the shipping? |

Custom Grade Luxury Replica Swiss Watch Brands





4. Do you have a privacy policy?

Subject 

1 | 2 | 3 |

SEARCH

Custom Grade Luxury Replica Swiss Watch Brands



Page 1 of 3

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| No | | |
|---|---|---|
| 3 | | Will my telephone number be given out to anyone else? |
| 2 | | Can I exchange the item if I am not satisfied with your product? |
| 1 | | How can I contact your site? |

subject

1 | 2 | 3 |

Subject

SEARCH

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

LOG-IN  SIGN UP

+PRODUCT SEARCH  [SEARCH]

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| subject | How do you care of your New Watch |

Like any other fine quality watch, water does damage.

Avoid submerging your watch or wearing it in the shower.

Although your watch is manufactured with proper O-rings and gaskets, Water may still make it's way into the casing, usually, due to crowns not fully seated.

All automatic watches require servicing sooner or later.

A good tune up will ensure a long lasting watch.

Quartz battery operated watches typically need a new battery every two to three years. ( to save battery life make sure the chronograph stop watch is not running when not in use)

Any watch repair shop should be able to service your watch.

| No | subject |
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |

[LIST]

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MYPAGE | ABOUTUS

*PRODUCT SEARCH* [SEARCH]

LOG-IN   SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| | subject |
|---|---|
| | Why would I want to buy a replica watch instead of a real one? |

The reason why replica watches are so popular is because you can look classy and professional, yet not have to spend tens of thousands of dollars doing it.

These watches look identical to the ones you will find at the jewelry store selling for prices most people would not be able to afford.

There is no reason why these beautiful watches should only be limited to the rich, but to everyone who wants to add a touch of class to their life style.

[LIST]

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |

Custom Grade Luxury Replica Swiss Watch Brands



- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

# F A Q

| | subject |
|---|---|
| | Are these watches of high quality or will they break after I open the package ? |

It depends on how you wear it.

If you wear it regularly, it will last a few years without any problems.

The watches we offer are of a very high quality.

These are not the cheap quality watches you will find on the streets that will break after a few days, these will last for years!

We are so confident in our watches, we offer an exchange for any watches if they are ever defective.

View our Warranty section to see types of warranties and details.

| | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |

No

LIST



LOG-IN    SIGN UP

PRODUCT SEARCH    SEARCH

HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| | subject |
|---|---|
| | Will you be offering other brands in the future? |

Yes, we may add new brands of watches to our website in the future depending on the availability of brands.

| | subject |
|---|---|
| No | |
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |
| 34 | Are the leather bands real leather? |
| 33 | Is the watch FULL, SOLID stainless steel? Or is it stainless steel coated? |

LIST