# EXHIBIT F (3 OF 8)

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQ's | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH [ ] SEARCH

LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

subject    I have seen other websites that offer them for expensive, why are yours more che

We are manufacturer direct sell our products on line, no any middle hide cost between you and us.

You may think the price of the watches depends on the quality; all photos on our web are Actual Photos take from the Our Watch u may see the ACTUAL quality by your eyes, and in fact we supply the watches to other seller as well.

   subject

No

43  How do you care of your New Watch
42  Why would I want to buy a replica watch instead of a real one?
41  Are these watches of high quality or will they break after I open the package ?
40  Will you be offering other brands in the future?
39  I have seen other websites that offer them for expensive, why are yours more che
38  What is the warranty on your watches?
37  What is a replica watch and how is it different from the real watches?
36  How close to the original are your watches?
35  What is Automatic Movement?

LIST

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING&ORDER | SHOPPING CART | MYPAGE | ABOUT US

PRODUCT SEARCH [SEARCH]   LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

subject    What is the warranty on your watches?

We guarantee the quality of our watches.

If your watch is found to be defective within 3 days from the day you receive the watch, simply send us an email by <Contact Us> request an exchange.

Defects include mechanical and battery problems, but does not include water damage or damage to the watch inflicted by the customer.

To reduce increasing fraud and also maintain the lowest prices for our customer for the most outstanding replica time pieces on the market today. - There are NO RETURNS. All watches are tripled check before shipping to insure your timepiece is in perfect working and cosmetic order. But if there is a warranty issue, we will only EXCHANGE FOR THE EXACT SAME WATCH. Customer MUST contact us and get a return authorization before returning watch. If you do not agree with our company policy, please do not purchase from our site.

Please read carefully all the exchange & warranty policy in every pages of each product.

No    subject

43   How do you care of your New Watch
42   Why would I want to buy a replica watch instead of a real one?
41   Are these watches of high quality or will they break after I open the package ?

[LIST]

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MYPAGE | ABOUTUS

+PRODUCT SEARCH

LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| | subject |
|---|---|
| | What is a replica watch and how is it different from the real watches? |

A replica watch is a watch made similar to that of the real brand ones, except, at a much lower cost.

A real Rolex can go up to hundreds of thousands of dollars, but you can get a replica similar to that one, for only a few hundred d s.

This allows the normal everyday person to be able to look and feel classy, without having to actually spend such ridiculous amou f money on it.

No | subject
LIST

43  How do you care of your New Watch
42  Why would I want to buy a replica watch instead of a real one?
41  Are these watches of high quality or will they break after I open the package ?
40  Will you be offering other brands in the future?
39  I have seen other websites that offer them for expensive, why are yours more che
38  What is the warranty on your watches?
37  What is a replica watch and how is it different from the real watches?
36  How close to the original are your watches?

http://www.swisswatchfactory.com/Nicecart4/Shop/Ncboard/board_main.html?page=1&find=&key=&NC_id=5&dc=&ncmode... 3/19/2007

22

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH    SEARCH

LOG-IN   SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

## F A Q

| subject | How close to the original are your watches? |

We only carry the highest quality replicas available. This means that all of our watches are 90%-100% identical to the original.

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |
| 34 | Are the leather bands real leather? |
| 33 | Is the watch FULL, SOLID stainless steel? Or is it stainless steel coated? |

LIST

Custom Grade Luxury Replica Swiss Watch Brands



ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

### F A Q

subject    What is Automatic Movement?

A watch whose mechanism is fitted with a device, (rotor) that automatically winds the spring by using the force of gravity.

An automatic is a mechanical watch whose mainspring is wound as a result of the wearer's arm motion.

The movement of the wrist and body causes the rotor, a metal weight attached to a winding mechanism, to pivot freely on its staff the center of the movement.

The rotor rotates back and forth in a circular motion at the slightest action of the wrist.

The rotor's movement winds the mainspring, a flat coiled spring that powers mechanical watches.

Rolex refers to its automatic watches as "perpetual." Automatic, self-winding and perpetual all mean the same thing: the watch winds itself.

Many people appreciate the craft involved in making a mechanical automatic movement.

They like the fact that this technology is hundreds of years old, involves many moving parts, and yet keeps very accurate time. (Many automatics come with glass backs which enable the wearer to view the action of the rotor and other moving parts.)

They appreciate the human element involved in an automatic watch, that the movement is assembled by hand. Others like the fact automatics run on so-called "clean," natural energy--wrist power.

HOME | FAQ's | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH          SEARCH

LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| subject | Are the leather bands real leather? |

Yes, all watches that come with leather bands are 100% genuine leather

LIST

| | subject |
|---|---|
| No | |
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |
| 34 | Are the leather bands real leather? |
| 33 | Is the watch FULL, SOLID stainless steel? Or is it stainless steel coated? |

Custom Grade Luxury Replica Swiss Watch Brands



Page 1 of 3

LOG-IN  SIGN UP

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH  [SEARCH]

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

subject    Is the watch FULL, SOLID stainless steel? Or is it stainless steel coated?

All too often replicas are stainless steel coated, so after some wear, the stainless steel wears off, showing the brass or aluminum b y, which makes the replica completely useless then.
ALWAYS INSIST on full, solid stainless steel replicas!

[LIST]

    subject

No

43    How do you care of your New Watch
42    Why would I want to buy a replica watch instead of a real one?
41    Are these watches of high quality or will they break after I open the package ?
40    Will you be offering other brands in the future?
39    I have seen other websites that offer them for expensive, why are yours more che
38    What is the warranty on your watches?
37    What is a replica watch and how is it different from the real watches?
36    How close to the original are your watches?
35    What is Automatic Movement?
34    Are the leather bands real leather?

26

Custom Grade Luxury Replica Swiss Watch Brands



- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

# F A Q

subject: Is the glass SAPPHIRE CRYSTAL?

Don't settle for less than scratch resistant sapphire crystal.

How do you tell? Run a SHARP penknife across the dial when you receive the watch

No   subject

43  How do you care of your New Watch
42  Why would I want to buy a replica watch instead of a real one?
41  Are these watches of high quality or will they break after I open the package ?
40  Will you be offering other brands in the future?
39  I have seen other websites that offer them for expensive, why are yours more che
38  What is the warranty on your watches?
37  What is a replica watch and how is it different from the real watches?
36  How close to the original are your watches?
35  What is Automatic Movement?
34  Are the leather bands real leather?

http://www.swisswatchfactory.com/Nicecart4/Shop/Ncboard/board_main.html?page=1&find=&key=&NC_id=5&dc=&ncmode... 3/19/2007

27

Custom Grade Luxury Replica Swiss Watch Brands

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH       SEARCH

LOG-IN   SIGN UP

F A Q

| subject | Does the watch have SCREWS in the links, or PINS? |

Most replicas have watch links which are linked by cheap pins, which require hammering out, just adjust the links. Don't be fooled either by pins that are folded, and resemble screws. Solidly built, high quality replicas should have THREADED SCREWS in the links, NOT PINS - exactly as per genuine Rolexes.

These can be nicely removed with a small screw-driver to adjust for band size!

No

| | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |

LIST