# EXHIBIT F (4 OF 8)



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH [SEARCH]

LOG-IN   SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

# F A Q

| | subject |
|---|---|
| | Are the watches water-resistant? |

While we don't expect that a replica should be worn for diving or swimming, it will not be broken when in contact with water.

Get caught in the rain once and it is as good as gone.

Cheap replicas will never hold up under water.

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |

[LIST]

29



LOG-IN | SIGN UP

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH    SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

# F A Q

| | subject |
|---|---|
| | What is meant by automatic, chronograph, and quartz? |

Automatic, or self-winding, means the watch has a self-winding mechanism which allows it to run on its own without batteries. The advantage is; batteries are not required. The disadvantage is; they should be serviced every few years to make sure they run smoothly.

Chronograph are the little dials (or 'clocks') which appear within the watches themselves. They are normally used as stopwatch timers, or tell you the date.

Quartz means the watch runs on a battery. One disadvantage is, they normally have fewer markings and details than self-winding watches, and you have to change the battery every so often.

| | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |

No

LIST

Custom Grade Luxury Replica Swiss Watch Brands



ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

F A Q

| No | subject |
|----|---------|
|    | What is meant by sweeping second hand, and which watches have it? |

A sweeping second hand simply means that the second hand sweeps smoothly instead of ticking once every second. Basically, it is just a bunch of very small, rapid, tiny ticks combined that makes it look like it is sweeping smoothly. All automatic watches have a sweeping second hand, and all battery-run (quartz) and chronograph watches have a ticking second d.

| No | subject |
|----|---------|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |



ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

## F A Q

subject    Does the watch have the HACK mechanism?

All automatic movement watches from Breitling, Rolex etc, when the crown is pulled out to set/adjust the time, the second hand s s moving - this is known as the hack mechanism.

This feature is almost never found on replicas, and is usually a dead giveaway for a replica.

Only high quality replicas have the hack mechanism.

But you DON'T have to pay a fortune to get one that does - OUR replicas have the hack mechanism!

No

43  How do you care of your New Watch

subject

42  Why would I want to buy a replica watch instead of a real one?
41  Are these watches of high quality or will they break after I open the package ?
40  Will you be offering other brands in the future?
39  I have seen other websites that offer them for expensive, why are yours more che
38  What is the warranty on your watches?
37  What is a replica watch and how is it different from the real watches?

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH    SEARCH    LOG-IN  SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| subject | Does the watch have a SOLID STAINLESS STEEL BACK with GREEN ROLEX STICKER? |

Replicas with the see-through, glass back, are another dead giveaway. Genuine Rolexes have a solid stainless steel back, with the en Rolex sticker with model number and logo. Don't settle for anything else!

LIST

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |
| 34 | Are the leather bands real leather? |
| 33 | |



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MYPAGE | ABOUTUS

+PRODUCT SEARCH    SEARCH

LOG-IN   SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| subject | Does the watch have the SERIAL NUMBER/ BAND NUMBER? |

Serial and band model number should be found on the final links/last piece of any Rolex replica, exactly as found on genuine Rolexs. Unfortunately, MOST replicas don't have that. But OURS DO.

LIST

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |
| 34 | Are the leather bands real leather? |
| 33 | |

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH [SEARCH]

LOG-IN  SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| subject | Does the watch have STEELINOX markings, and Serial number on clasp? |

All Rolex sports models have the traditional Flip-lock clasp, with STEELINOX engraved clearly and sharply on the clasp, as wel he SERIAL NUMBER engraved on the clasp.

A good replica WILL HAVE THIS. If it doesn't, it's not worth the money.

| No | subject |
|---|---|
| 43 | How do you care of your New Watch |
| 42 | Why would I want to buy a replica watch instead of a real one? |
| 41 | Are these watches of high quality or will they break after I open the package ? |
| 40 | Will you be offering other brands in the future? |
| 39 | I have seen other websites that offer them for expensive, why are yours more che |
| 38 | What is the warranty on your watches? |
| 37 | What is a replica watch and how is it different from the real watches? |
| 36 | How close to the original are your watches? |
| 35 | What is Automatic Movement? |

[LIST]

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

LOG-IN  SIGN UP

+PRODUCT SEARCH         SEARCH

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

subject        Other standard features for your watches?

When purchasing a replica, aside from all the above features, which help distinguish a good replica from a bad one, all replicas sh d have the following standard features:

* Screw-in crown.
* Unidirectional turning bezel where appropriate.
* All the appropriate Rolex logos, on crown and dial.
* Heavy weight.

LIST

No      subject

23   Other standard features for your watches?
22   Why does my automatic replica stop ticking and losing time?
21   How do I set time?
20   I have a watch with a date, how do I change the date?
19   How long does it take to ship out your watches?
18   How much does shipping cost?
17   Do you ship out the watch on the same day that I order it?
16   How does my package get shipped out?

SWISS WATCH FACTORY — REPLICA WATCH

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH [ ] SEARCH

LOG-IN | SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| subject | Why does my automatic replica stop ticking and losing time? |

When you first receive your automatic replica, you need to wind it for 3 minutes straight before wearing it.

If you wear it everyday, it will continue to wind itself on your wrist when you move around and walk.

If you stop wearing it for more than approximately 2 days, the watch will need to be reset, but will then automatically wind itself as you start wearing it again.

The disadvantage to this is pretty clear.

Your watch doesn't keep time if you don't wear it constantly.

The advantages are that you don't ever have to replace a battery, the watch keeps great time when it's running, and most of all, the e of movement is exactly what the originals use!

| | subject |
|---|---|
| No | |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |

[LIST]