# EXHIBIT F (5 OF 8)

Custom Grade Luxury Replica Swiss Watch Brands



ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MYPAGE | ABOUT US

+PRODUCT SEARCH        SEARCH

LOG-IN   SIGN UP

F A Q

subject        How do I set time?

To set time, you need to turn button in anti-clockwise direction if you have a screw-in lock watch.

You need to softly pull the button out a little bit.

The best way to do this is to use first and second finger and use finger knuckle as a lever in order to pull the button out with as little orce as possible.

You can feel a little "click". Now you can set the time by turning it anti-clockwise.

This would turn the minute-hour hands forward until you set the right time.

When time is set, push the button back and turning the button clockwise for a few rounds.

                                  subject

No

23   Other standard features for your watches?
22   Why does my automatic replica stop ticking and losing time?
21   How do I set time?
20   I have a watch with a date, how do I change the date?
19   How long does it take to ship out your watches?

LIST

http://www.swisswatchfactory.com/Nicecart4/Shop/Ncboard/board_main.html?page=2&find=&key=&NC_id=5&dc=&ncmode... 3/19/2007



LOG-IN  SIGN UP

HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH      SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

subject        I have a watch with a date, how do I change the date?

To change date and time you need to do the following.

If you have a screw-in button like Rolex, you need to turn the button anti-clockwise for a few rounds until the button is loose.

Then you need to pull the button out softly by using your thumb nail and first finger nail, softly and without force.

You should feel a "click" here.

There are two steps when you pull the button out.

The first step is for setting the date (and Day if you have a Rolex Day-Date).

The second step is for setting the local.

You can only set Date forward by turning button in one direction.

When you are done with setting date and time, push back the button and wind it clockwise for a few times.

No need to lock it.

         subject
23     Other standard features for your watches?
No

39

Custom Grade Luxury Replica Swiss Watch Brands

Page 1 of 3

HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH    SEARCH

LOG-IN   SIGN UP

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| No | subject |
|---|---|
|  | subject |
|  | How long does it take to ship out your watches? |

It takes 5-7 business days to delivery to North America or any other European and Asian countries.
(Business days - excludes weekends and holidays.)

| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |

LIST

Custom Grade Luxury Replica Swiss Watch Brands



SWISS WATCH FACTORY
REPLICA WATCH

HOME | FAQs | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH

SEARCH

LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| | subject |
|---|---|
| | How much does shipping cost? |

We offer shipping costs for worldwide is $20 / pc.

| No | subject |
|---|---|
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |

LIST

http://www.swisswatchfactory.com/Nicecart4/Shop/Ncboard/board_main.html?page=2&find=&key=&NC_id=5&dc=&ncmode...   3/19/2007

Page 1 of 3

41

Custom Grade Luxury Replica Swiss Watch Brands



- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

subject    Do you ship out the watch on the same day that I order it?

Yes we usually do our best to get it out the same day you place your order but sometimes it can take up to 48 hours.

Please allow 1- 2 Days to process your credit card or paypal information.

Once your order has been verified and confirmed by our verification staff, the order will be sent out to our packaging and shipping partment.

It will then take 5-7 business days for the package to arrive, from the time your order was processed.

(Business days - excludes weekends and holidays.)

|  | subject |
| --- | --- |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |

No

Custom Grade Luxury Replica Swiss Watch Brands                                              Page 1 of 3



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH [ ] SEARCH
LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

subject     How does my package get shipped out?

Your package is delivered to you by EMS (Express mail service) to the US or to any other country.

[ LIST ]

No                subject
23   Other standard features for your watches?
22   Why does my automatic replica stop ticking and losing time?
21   How do I set time?
20   I have a watch with a date, how do I change the date?
19   How long does it take to ship out your watches?
18   How much does shipping cost?
17   Do you ship out the watch on the same day that I order it?
16   How does my package get shipped out?
15   Do you deliver to P.O. Boxes as well?

http://www.swisswatchfactory.com/Nicecart4/Shop/Ncboard/board_main.html?page=2&find=&key=&NC_id=5&dc=&ncmode...   3/19/2007

43

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH [SEARCH]

LOG-IN  SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| | subject |
|---|---|
| | Do you deliver to P.O. Boxes as well? |

No, we can not deliver to P.O. Boxes.

[LIST]

| | subject |
|---|---|
| No | |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | What happens if the package is damaged or missing when I receive it? |

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MYPAGE | ABOUT US

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

F A Q

| | subject |
|---|---|
| | Do you deliver to other countries other than the U.S.A. as well? |

Yes, we deliver all Western European countries and Asian countries as well.

| | subject |
|---|---|
| No | |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |

LIST

http://www.swisswatchfactory.com/Nicecart4/Shop/Ncboard/board_main.html?page=2&find=&key=&NC_id=5&dc=&ncmode... 3/19/2007

Page 1 of 3

45

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQ's | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

LOG-IN   SIGN UP

+PRODUCT SEARCH [SEARCH]

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

[LIST]

| No | subject |
|---|---|
| | subject |
| | If your watch is damaged or missing contact us and notify us of the situation, we will ship another watch out to you once we receive back the damaged one. |
| | What happens if the package is damaged or missing when I receive it? |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | |

http://www.swisswatchfactory.com/Niceecart4/Shop/Ncboard/board_main.html?page=2&find=&key=&NC_id=5&dc=&ncmode... 3/19/2007

Page 1 of 3

46