# EXHIBIT F (6 OF 8)

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH

SEARCH

LOG-IN    SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

## F A Q

subject          How much do I have to pay if you reship the product? Do I have to pay for it aga

We will reship the product back to you free of charge and we will not charge you a second time.

🗒 1

| No | subject |
|----|---------|
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | What happens if the package is damaged or missing when I receive it? |

▤ LIST

47

Custom Grade Luxury Replica Swiss Watch Brands

Page 1 of 3



LOG-IN    SIGN UP

HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

-PRODUCT SEARCH-

SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

subject        How much longer will it take if you reship the product back to me again?

To reship the package, it will take another 5-7 business days from the day we confirm this information.

| No | subject |
| --- | --- |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | What happens if the package is damaged or missing when I receive it? |

LIST

48

Custom Grade Luxury Replica Swiss Watch Brands

Page 1 of 3



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH

SEARCH

LOG-IN    SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

| | subject |
|---|---|
| No | subject |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | What happens if the package is damaged or missing when I receive it? |

subject    Can I have the product shipped to me overnight?

Sorry but we do not offer overnight shipping.

LIST

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH

SEARCH

LOG-IN    SIGN UP

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

subject        How discreet is the package? Will other people know what is inside?

Our watches are sent 100% completely discreetly.

There is no mention of the content written anywhere on the box.

Everything is discreetly packaged in a normal small box.

No

| | subject |
|---|---|
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |

LIST

50

Custom Grade Luxury Replica Swiss Watch Brands



LOG-IN   SIGN UP

HOME  |  FAQS  |  SHIPPING & ORDER  |  SHOPPING CART  |  MY PAGE  |  ABOUT US

+PRODUCT SEARCH   SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

## F A Q

| | subject |
|---|---|
| | Can I pay by other methods? I.e. Cheques, money orders, Paypal, cash? |

Unfortunately we only accept <credit card> and <Paypal> at the moment.

Paying by credit card and paypal will make it much more efficient for your order to get approved and processed and have it shipp ut to you as soon as possible.

| No | subject |
|---|---|
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |

🗒 LIST

⊟1

51

Custom Grade Luxury Replica Swiss Watch Brands



LOG-IN   SIGN UP

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

PRODUCT SEARCH                                    SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

subject        Which credit cards do you accept?

We accept Mastercard and Visa as methods of payments.

No                                    subject

23    Other standard features for your watches?
22    Why does my automatic replica stop ticking and losing time?
21    How do I set time?
20    I have a watch with a date, how do I change the date?
19    How long does it take to ship out your watches?
18    How much does shipping cost?
17    Do you ship out the watch on the same day that I order it?
16    How does my package get shipped out?
15    Do you deliver to P.O. Boxes as well?
14    Do you deliver to other countries other than the U.S.A. as well?
13    What happens if the package is damaged or missing when I receive it?

LIST

52

Custom Grade Luxury Replica Swiss Watch Brands

Page 1 of 3



LOG-IN  SIGN UP

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

*PRODUCT SEARCH*    SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

F A Q

| | subject | |
| --- | --- | --- |
| No | | Do you do Cash on Delivery (COD) orders? |

No we don't, 80% of COD orders turn out to be scams and cause too many problems. We apologize to the honest people out there

| | subject |
| --- | --- |
| 23 | Other standard features for your watches? |
| 22 | Why does my automatic replica stop ticking and losing time? |
| 21 | How do I set time? |
| 20 | I have a watch with a date, how do I change the date? |
| 19 | How long does it take to ship out your watches? |
| 18 | How much does shipping cost? |
| 17 | Do you ship out the watch on the same day that I order it? |
| 16 | How does my package get shipped out? |
| 15 | Do you deliver to P.O. Boxes as well? |
| 14 | Do you deliver to other countries other than the U.S.A. as well? |
| 13 | What happens if the package is damaged or missing when I receive it? |

LIST

53

Custom Grade Luxury Replica Swiss Watch Brands

Page 1 of 3

LOG-IN  SIGN UP



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

*PRODUCT SEARCH*

SEARCH

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

subject          Are there any other hidden fees to pay besides for the product and the shipping?

No, there are no additional fees to be paid.

Our online live support, customer support help line, and access to our Member's Area are all included.

We are here to do our best to make this experience with us, an excellent one.

Customer support and customer satisfaction is our number one priority.

| No | | subject |
|----|--|---------|
| 23 | Other standard features for your watches? | |
| 22 | Why does my automatic replica stop ticking and losing time? | |
| 21 | How do I set time? | |
| 20 | I have a watch with a date, how do I change the date? | |
| 19 | How long does it take to ship out your watches? | |
| 18 | How much does shipping cost? | |
| 17 | Do you ship out the watch on the same day that I order it? | |
| 16 | How does my package get shipped out? | |

🗒 LIST

54

Custom Grade Luxury Replica Swiss Watch Brands



HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

+PRODUCT SEARCH

SEARCH

LOG-IN    SIGN UP

Page 1 of 3

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

subject          Do you have a privacy policy?

We have the following privacy statement in order to demonstrate our firm's commitment to privacy.

At the "Order" form we collect contact information (like your email address) and financial information (credit card numbers).

This information is only used to fulfill our customer orders.

Financial information that is collected is used to bill the user for products and services.

We never abuse your private information by renting, selling or sharing your details.

No                                              subject

23    Other standard features for your watches?

22    Why does my automatic replica stop ticking and losing time?

21    How do I set time?

20    I have a watch with a date, how do I change the date?

19    How long does it take to ship out your watches?

18    How much does shipping cost?

LIST