# EXHIBIT F (7 OF 8)

SWISSWATCHFACTORY.COM
SWISS WATCH FACTORY
REPLICA WATCH
LOG-IN SIGN UP
PRODUCT SEARCH
SEARCH
HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

subject Will my telephone number be given out to anyone else?

No, your telephone number and other personal information will never be given to anyone else.

It is kept in our database for future reference when you make another order.

You will only be contacted when we need to verify your order and if there are any problems with the order.

LIST

| No | subject |
| --- | --- |
| 3 | Will my telephone number be given out to anyone else? |
| 2 | Can I exchange the item if I am not satisfied with your product? |
| 1 | How can I contact your site? |

1 | 2 | 3 |

LOG-IN SIGN UP

+PRODUCT SEARCH SEARCH

HOME | FAQS | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

**F A Q**

subject Can I exchange the item if I am not satisfied with your product?

Yes, if for any reason you are not satisfied with the product, please contact our staff and notify us of the problem.

We will provide you with a return address where you can send the replica watch, and please let know your tracking # for return.

Once we receive the watch, we will immediately have the substitute item ship out in 24 hours.

LIST

| No | subject |
| --- | --- |
| 3 | Will my telephone number be given out to anyone else? |
| 2 | Can I exchange the item if I am not satisfied with your product? |
| 1 | How can I contact your site? |

1 | 2 | 3 |



LOG-IN SIGN UP

SWISSWATCHFACTORY.COM SWISS WATCH FACTORY REPLICA WATCH

+PRODUCT SEARCH SEARCH

HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

FAQ

subject How can I contact your site?

Click on the Contact Us page and choose the appropriate department you are trying to reach and we will get back to you usually v n 24 hours.

LIST

| No | subject |
|---|---|
| 3 | Will my telephone number be given out to anyone else? |
| 2 | Can I exchange the item if I am not satisfied with your product? |
| 1 | How can I contact your site? |

1 | 2 | 3 |

Subject SEARCH

Custom Grade Luxury Replica Swiss Watch Brands

Page 1 of 4

SWISSWATCHFACTORY.COM
SWISS WATCH FACTORY
REPLICA WATCH
LOG-IN
SIGN UP
+PRODUCT SEARCH
SEARCH
HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | ABOUT US
ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND
CUSTOMER CENTER
ABOUT SWISS WATCH FACTORY.COM

http://www.swisswatchfactory.com/Nicecart4/Shop/Customer/company.html

3/19/2007

59

Swisswatchfactory.com has been the #1 leading online distributor for genuine Swiss Grad timepieces since 2003, wholesaling to resellers and commercial websites.

It comes to no surprise therefore, that we have now decided to embark on a new mission a is to bring YOU, the consumer, directly to us.

Available and in stock are hundreds of various models, all from the exclusive brand name as Rolex, Breitling, Omega and many others.

Swisswatchfactory.com **ONLY** retails and markets **Grade 1 Swiss Replicas.**

These means that our watches are all 100% guaranteed on the following:

* Genuine Grade 1A Swiss replicas

* Genuine Swiss movement (such as the top of the line Swiss ETA 25 jewel 2836-2 move the 7750 25 jewel movement, the Swiss ETA Unitas 6497 movement)

* Genuine Sapphire crystal

* Genuine Swiss craftsmanship, with top quality materials, such as top grade 440 stainles serial number /model number engraved between the lugs

DETAIL PRODUC

YOU MUST READ AGREEMENT & WARRANTY POLICY AND AGREE WITH THEM BEFORE MAKING ANY PURCHASI

As with all warranties out there, all timepieces purchased from Swisswatchfactory are covered with a full manufacturer¡¯s defects wa Please note that the warranty does not cover damage from customer abuse, or normal wear and tear (e.g scratches, broken glass etc). ( quality timepieces are designed to withstand accidental splashes of water, but are not intended to be used in the shower, pool, steam r r during any type of water sports. Water damage, damage of the stem (crown), clasps, as well as lost and stolen items are not covered he manufacturer¡¯s defects warranty.

You will receive your purchased item within 7-10 days (or sooner) after we confirm your payment.

We guarantee the quality of our watches.
If your watch is found to be defective within 3 days from the day you receive the watch, simply send us an email by <Contact Us> to an exchange.

To reduce increasing fraud and also maintain the lowest prices for our customer for the most outstanding replica time pieces on the m day - There are NO RETURNS. All watches are tripled check before shipping to insure your timepiece is in perfect working and cosr der. But if there is a warranty issue, we will only EXCHANGE FOR THE EXACT SAME WATCH. Customer MUST contact us anc eturn authorization before returning watch. If you do not agree with our company policy, please do not purchase from our site.

Please follow these directions for all returns about exchanges, and repairs. Please email us by <Contact Us>, stating the reason of exc r repair. Include your order #, date of purchase, name, address and a daytime phone number. We will email you with the shipping add Postage for shipping back to us will be given as store credit.

The product must be returned unused and in the original condition you received it in, with all original packaging and no signs of wea ll not accept any damaged items for a exchange, and used products cannot be exchanged for a new product. By wearing the product tl ime, your exchange policy is void.

Please insure your return for exchange. We are not responsible for shipping damages.
Allow up to 2-3 weeks to receive your repair product.

In case of a defected item we will grant you a store credit for the value of your purchase (this policy is implemented due to the simple at it is virtually impossible to verify if a damaged item was damaged before shipment, during shipment or by the customer). And the : g charges($20 per watch) will not be refunded.

Manufacturers' defects are covered under warranty. This does not include intentional damage, or general wear and tear (such as scratc nts/chips, etc.). Make sure the crown is always screwed in tight so water does not get in. If any water damage is detected to have gott m the crown not being tight, water damage is not covered.

A 1-year warranty against mechanical failure (movement) with the exception of water damage. Please note the customer is responsibl stage on returned items. All watches are sold at its maximized size and must be fitted (removal of links) at your convenience. (If a sta eel band). Leather bands can be easily adjusted based on the size of the owner's wrist. The guarantee dose not cover:

- the glass, the belt, the bracelet and the box;
- the watch, damaged due to a careless use;
- the watch with any evident marks of the opening by the customer as well as the attempts of the unprofessional repairing;
- the watch with water in it and with the marks of the corrosion at the dial that appear due to a wrong exploitation.

Watches cannot be tampered with in any way. All watchcases are installed with a tamper-proof seal. If you open up the watchcase an al is broken, all return policies are void for the watch. Please do not have any other jewelers work on the watch or open it up or we wi arranty the product.

Intentional crown/stem damages are not covered. In most cases, crown/stem damages results from the customer pulling extremely har e stem, thus jamming the movement. However, if the crown/stem damage is due to a manufacturers' defect, we will gladly repair/repl r product.

If your product cannot be repaired, we will send you a replacement of the exact same model. If that model is out of stock, then you ca e another product of the same value. In virtually all cases of manufacturers' defects, the products can be repaired.

Home | Agreement | About Us | Contact Us

COPYRIGHT 2006 @ SWISS WATCH FACTORY

SWISSWATCHFACTORY.COM SWISS WATCH FACTORY REPLICA WATCH

PRODUCT SEARCH SEARCH

HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE | AB

ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND

CUSTOMER CENTER

## AGREEMENT

As a Swiss Watch Factory customer, you accept and agree to the following responsibiliti

●Our goal is to provide complete, accurate, up-to-date information on our Web site. Ur e to ensure that any Web site is completely free of human or technological errors. This si l mistakes, inaccuracies,or omissions, some of which may relate to pricing and availabilit y not be complete or current. We reserve the right to correct any errors, inaccuracies or ( n order has been submitted --- and to change or update information at any time without | logize for any inconvenience this may cause.

●You have no permission to electronically copy and print hard copies of pages from this l, non-commercial purposes related to placing an order or shopping with this website. Ui mission in advance, any other use of this Web site, its content and its information, incluc s Web site, are strictly prohibited.

●We enforce if you are affiliated with or working for a brand name company mentioned ( r any other related group, or were formally a worker, you cannot enter this web site. cann d you cannot view any of the HTM(L) files. If you enter this site you are not agreeing to tl ng code 431.322.12 of the Internet Privacy Act signed by Bill Clinton in 1995 and that me n our ISP(s) or any person(s) or company storing these files, and cannot prosecute any ţ age which includes family, friends or individuals who run or enter this web site.

●We guarantee that our merchandise is superior in quality and workmanship. Our produc d quality to the original name brands, however we DO NOT represent them to be original. y are exact copies. Therefore, they do not violate any copyright laws. We simply ask con: e along with style and quality to the above-mentioned name brands:Rolex, Cartier, Bvlga n, Chopard, Patek Philippe, Vacheron Constantin, Breguet, A.lange & Sohne, Glashute O er Dubuis,Blancpain, Jaeger-lecoultre, IWC, Zenith, Officine Panerai, Alain Silberstein, Cl a, Tag Heuer,Ikepod, Eberhard, Tudor, Sinn. Any reference to brand names or "compare arison purposes. We are confident that you will be pleased with our exceptional products

●Store Prices are subject to change without prior notice due to supply and demand.