# EXHIBIT F (8 OF 8)







- When you registering, provide real, accurate, new and also updating your profile to ens ale. Please make sure that you are the only one who knows your ID and password. Swis nd in damages caused by your loss of ID and Password.

- Users are not allowed to submit, email or transmit (in any other way) illegal, harmful, n g, intruding, vulgar, privacy assaulting, unacceptable racial or ethnical comments and o e right to send. Users are no allowed to send or transmit any unrequested or unauthentic mails, or any other form of sale promotion.

- Users are not allowed to cause interference or disrupt our service and our server or dis ams and policies, or rules for connecting to our server network. Users have to obey the e responsible for the risks when you using our service. Swiss Watch Factory doesn't prov ance, including but not restricted to, commercial applicability implicit assurance, special n-violation of other human rights.

- With regard to your information contents you're submitting, sending or transmitting in s s Watch Factory. Swiss watch factory doesn't control the contents sent out from Swiss \ n't ensure accuracy, integrity and quality of them Whatever condition we are under Swiss onsible to any contents, (including but not limited to) any mistakes and omittance or any s user publish, send and transmit in some other ways through our server.

- To reduce increasing fraud and also maintain the lowest prices for our customer for the e pieces on the market today -- There are NO RETURNS. All watches are tripled check be mepiece is in perfect working and cosmetic order. But if there is a warranty issue, we wil XACT SAME WATCH. Customer MUST contact us and get a return authorization before re gree with our company policy, please do not purchase from our site.

- Users and Customers must understand and accept with above agreement before conti e from Swiss Watch Factory. Happy Shopping!

Home | Agreement | About Us | Contact Us

COPYRIGHT 2006 @ SWISS WATCH FACTORY





- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

swisscraftwatch.com forwards to ↙
















Home | Agreement | About Us | Contact Us

COPYRIGHT 2006 @ ✚ SWISS WATCH FACTORY



ROLEX
OMEGA
VACHERON CONSTANTIN
AUDEMARS PIGUET
PATEK PHILIPPE
IWC
PIAGET
CHANEL
OFFICINE PANERAI
CARTIER
BVLGARI
TAG HEUER
BREITLING
FRANK MULLER
TUDOR
OTHER BRAND



















Home | Agreement | About Us | Contact Us

COPYRIGHT 2006 @ ✚ SWISS WATCH FACTORY

Custom Grade Luxury Replica Swiss Watch Brands                                                                    Page 1 of 2

**SWISS WATCH FACTORY**
REPLICA WATCH

| HOME | FAQ'S | SHIPPING & ORDER | SHOPPING CART | MY PAGE |

HOME > CHANEL

- ROLEX
- OMEGA
- VACHERON CONSTANTIN
- AUDEMARS PIGUET
- PATEK PHILIPPE
- IWC
- PIAGET
- CHANEL
- OFFICINE PANERAI
- CARTIER
- BVLGARI
- TAG HEUER
- BREITLING
- FRANK MULLER
- TUDOR
- OTHER BRAND

SORT BY PR


Chanel J12 - jewel bezel
$ 699
NEW  HOT  SALE


Chanel J12 Ceramic Black (men)
$ 679
NEW  HOT  SALE


Chanel J12 Ceramic White (Ladies)
$ 679
NEW  HOT  SALE

◄ [Prev]  | 1 |  [Next] ►