# EXHIBIT G

Case 3:07-cv-05641-SI    Document 19-16    Filed 06/02/2008    Page 1 of 6

1  Kenneth R. Keller (State Bar No. 71450)
   Christopher T. Holland (State Bar No. 164053)
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP
   114 Sansome Streeet, Suite 400
3  San Francisco, California 94104-3898
   Telephone:  (415) 249-8330
4  Facsimile:   (415) 249-8333
   E-mail: kkeller@kksrr.com
5  E-mail: cholland@kksrr.com

6  Attorneys for Plaintiff
   CHANEL, INC., a New York
7  Corporation

8              THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CHANEL, INC., a New York              )   Case No.: 3:07-cv-05641-SI
   corporation                           )
12                                       )
              Plaintiff,                 )   DECLARATION OF STEPHEN M.
13                                       )   GAFFIGAN IN SUPPORT OF
        v.                               )   CHANEL, INC.'S MOTION FOR
14                                       )   ENTRY OF DEFAULT JUDGMENT
   SEOUNG HYUN KIM a/k/a                 )   AGAINST SEOUNG HYUN KIM a/k/a
15 BAILEY KIM and HARRISON Y.            )   BAILEY KIM d/b/a,
   CHANG a/k/a HARRY CHANG,              )   SWISSWATCHFACTORY.COM d/b/a
16 individually and jointly d/b/a,       )   SWISS WATCH FACTORY d/b/a
   SWISSWATCHFACTORY.COM                 )   NEOLINE GROUP d/b/a
17 d/b/a SWISS WATCH FACTORY             )   THEALAMEDAWAY@AOL.COM
   d/b/a NEOLINE GROUP d/b/a             )   d/b/a NEOLINE INC d/b/a
18 THEALAMEDAWAY@AOL.COM                 )   SWISSWATCHCRAFT.COM d/b/a
   d/b/a NEOLINE INC d/b/a               )   OHMYWATCH.COM.
19 SWISSWATCHCRAFT.COM d/b/a             )
   OHMYWATCH.COM, and DOES               )
20 1-10,                                 )   DATE:
                                         )   TIME:
21            Defendants.                )   PLACE:
   _____ )

22      I, Stephen M. Gaffigan, declare and state as follows:

23
        1.      I am an attorney for the Plaintiff Chanel, Inc. ("Chanel"). I am duly
24
25 authorized and licensed to practice law before all courts in the State of Florida, the

26 Southern and Middle District Courts of Florida, the Eastern District of Michigan,
27

28                                    - 1 -
                     DECLARATION OF STEPHEN M. GAFFIGAN

the Eleventh Circuit Court of Appeals, and the Federal Circuit Court of Appeals. I am personally knowledgeable of the matters set forth in this Declaration and, if called upon to do so, I could and would competently testify to the following facts in support of Chanel's Motion for Entry of Default Judgment against Defendant Seoung Hyun Kim a/k/a Bailey Kim d/b/a, Swisswatchfactory.com d/b/a Swiss Watch Factory d/b/a Neoline Group d/b/a Thealamedaway@aol.com d/b/a Neoline Inc d/b/a Swisswatchcraft.com d/b/a Ohmywatch.com ("Kim" or "Defendant").

RE: REQUEST FOR ATTORNEY FEES

2. I am engaged to coordinate Chanel's nationwide anti-counterfeiting efforts. I have been an attorney practicing in Florida for 13 years. I have extensive litigation experience.

3. On behalf of Chanel, I began working on the investigation leading up to this action in October, 2007.

4. From October, 2007 through the present, the total hours I have billed Chanel are 14.00 hours at a rate of $350.00. To date, I have been paid fees in the amount of $4,900.00.

5. Some hours in this matter were discounted as a professional courtesy.

6. All attorney time incurred in this matter relates to the gathering of investigative information, preparation of documents and pleadings, and other litigation related legal services. I made every reasonable effort to minimize hours

spent on the case, and the fee requested is equal to or below the amount spent on similar past cases.

7.  My billing rate for intellectual property litigation is $350.00 per hour, which I believe, is equal to or less than the prevailing rate for intellectual property attorneys in the Northern District of California where this action was filed.

**RE: REQUEST FOR COSTS**

8.  I am one of the attorneys under whose direction these costs were incurred in the investigation and prosecution of this action.

9.  To the best of my knowledge and belief, $75.00 in costs were necessarily incurred by my office in this matter for service of process for Kim. A true and correct copy of the process service invoice is attached hereto as Exhibit "1."

10. Total costs incurred by Chanel, Inc., in the prosecution of this action are $425.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this 28th day of May, 2008.

*[signature]*
Stephen M. Gaffigan

DECLARATION OF STEPHEN M. GAFFIGAN

# EXHIBIT "1'

**PFI Tracking #: 5011986**

**Process Forwarding International**
633 Yesler Way
Seattle, WA 98104
800.232.8854

Billed: Jan 17 2008
Printed: May 29 2008

## Invoice and Service Detail

| INVOICE TOTAL DUE | |
|---|---|
| Total: | 75.00 |
| Pre-Paid Retainer: | 0.00 |
| Amount Due: | 75.00 |

**Gaffigan, Stephen M (PFI)**

Case Reference:
CHANEL/SWISSWATCHFACTORY
312 SE 17th St, 2nd Floor
Ft Lauderdale, FL 33316

Case Heading: CHANEL, INC., A NEW YORK CORPORATION v SEOUNG HYUN KIM AKA BAILEY KIM AND
Cause #: CV 07 5641
Court: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

**Documents:** SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT CONFERENCE ORDER

**Servee(s):** SEOUNG HYUN KIM,, INDIVIDUALLY AND DBA SWISSWATCHFACTORY.COM DBA SWISS WATCH FACTORY DBA NEOLINE GROUP DBA THEALAMEDAWAY@AOL.COM DBA NEOLINE INC DBA SWISSWATCHCRAFT.COM DBA OHMYWATCH.COM

**Person Served:** Steve Kim, RESIDENT, A male approx. 25-30 years of age 5'8"-5'10" in height weighing 160-180 lbs with black hair

**Date/Time:** Jan 11 2008 1:00PM

**Service Address:** 3612 FLORA VISTA AVE #362 SANTA CLARA, CA 95051

**Service notes and/or description of person served:** Per the subject's friend, Steve Kim, the subject is in China.

| Special Handling: | Service History and Notes |
|---|---|
| Alternate/POE Address: | 11/08/07 Work Order Received and Entered |
| Mailing Address: | |

### Services Performed Cost Detail

| DESCRIPTION | PRICE |
|---|---|
| PFI SERVED | 75.00 |

**Bad Addresses:**
**BA Count:** 0    If BA Count is greater than 3, contact PFI for more information.