1   KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
    MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2   ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3   114 Sansome Street, 4th Floor
    San Francisco, California 94104-3839
4   Telephone:    (415) 249-8330
    Facsimile:    (415) 249-8333
5

6   Attorneys for Plaintiff, Chanel, Inc.

7

8                    THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHANEL, INC., a New York corporation,    )    Case No. C-07-5641-SI
                                             )
12              Plaintiff,                    )
                                             )
13       v.                                   )    **PROOF OF SERVICE**
                                             )
14  SEOUNG HYUN KIM a/k/a BAILEY KIM and     )
15  HARRISON Y. CHANG a/k/a HARRY            )
    CHANG, Individually and Jointly D/B/A     )
16  SWISSWATCHFACTORY.COM d/b/a SWISS         )
    WATCH FACTORY d/b/a NEOLINE GROUP         )
17  d/b/a THEALAMEDAWAY@AOL.COM d/b/a         )
    NEOLINE INC. d/b/a                        )
18  SWISSWATCHCRAFT.COM d/b/a                 )
    OHMYWATCH.COM and DOES 1 through 10       )
19                                            )
20                                            )
                Defendants.                   )
21                                            )
22                                            )

23

24

25

26

27                              1

28

**PROOF OF SERVICE**

<u>Chanel v. Kim, et ak.</u>
USDC, CASE NO: C07-5641 SI

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years and not a party to or interested in the within-entitled action. I am an employee of KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP, and my business address is 114 Sansome Street, 4th Floor, San Francisco, California 94104.

On June 3, 2008, I served following document(s)

**PLAINTIFF CHANEL, INC.'S NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST SEOUNG HYUN KIM; [PROPOSED] ORDER GRANTING CHANEL, INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST SEOUNG HYUN KIM**

on the person(s) listed below:

Seoung Hyun Kim, individually and dba
Swisswatchfactory.com dba Swiss Watch Factory
dba Ohmywatch.com, alias Bailey Kim
3612 flora Vista Avenue, #362
Santa Clara, CA  95051

The document(s) were served by the following means:

**By PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of 8:00 a.m. and 6:00 p.m.

X  **By UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above; and (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid; or (2) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

____  **By OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided

**PROOF OF SERVICE**

<u>Forte v. HMA, et al.</u>
Alameda County Superior Court Case No. RG06299899

by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

**By MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the person at the address listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below).*

____ **By FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No errors were reported by the fax machine that I used.

____ **By E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the party to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic messages or other indication that the transmissions were unsuccessful.

I declare under the penalty under the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2008                    _____
                                                          Anna Lau