IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC,                                                   No. C 07-05641SI

        Plaintiff,                                     **NOTICE**

  v.

SEOUNG HYUN KIM,

        Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for entry of final judgment has been continued to Friday, August 15, 2008, at 9:00 a.m.

Dated: June 3, 2008                                         RICHARD W. WIEKING, Clerk



                                                             Tracy Sutton
                                                             Deputy Clerk

**United States District Court**
For the Northern District of California