**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-07-5641SI           Judge:   SUSAN ILLSTON

Title: CHANEL, INC -v- SEOUNG H. KIM

Attorneys: A. Kurani

Deputy Clerk:  Tracy Sutton   Court Reporter:  McVickar

**PROCEEDINGS**

1)   Motion for Entry of Final Judgment - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to __ @ 2:30 p.m. for Further Case Management Conference

Case continued to __ @ 9:00 a.m.  for Motions
(Motion due , Opposition  Reply )

Case continued to __ @ 3:30 p.m. for Pretrial Conference

Case continued to __ @ 8:30 a.m. for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: