KENNETH R. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Streeet, 4th Floor
San Francisco, CA 94104-3898
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff
CHANEL, INC., a New York Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEOUNG HYUN KIM a/k/a BAILEY ) <br> KIM and HARRISON Y. CHANG a/k/a ) <br> HARRY CHANG, individually and jointly ) <br> d/b/a, SWISSWATCHFACTORY.COM ) <br> d/b/a SWISS WATCH FACTORY d/b/a ) <br> NEOLINE GROUP d/b/a ) <br> THEALAMEDAWAY@AOL.COM d/b/a ) <br> NEOLINE INC d/b/a ) <br> SWISSWATCHCRAFT.COM d/b/a ) <br> OHMYWATCH.COM, and DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | **Case** No.: 3:07-cv-05641-SI <br><br> **[PROPOSED] ORDER GRANTING CHANEL, INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST SEOUNG HYUN KIM** |

1.    This action came on for hearing before the Court, on July 25, 2008, Honorable Judge Susan Illston, District Judge Presiding, on Plaintiff Chanel, Inc.'s (Chanel) Motion For Entry of Final Default Judgment Against Defendant Seoung Hyun Kim a/k/a Bailey Kim d/b/a, Swisswatchfactory.com d/b/a Swiss Watch Factory d/b/a Neoline Group d/b/a

Thealamedaway@aol.com d/b/a Neoline Inc d/b/a Swisswatchcraft.com d/b/a Ohmywatch.com ("Kim") and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

2. IT IS ORDERED AND ADJUDGED that the Motion for Entry of Final Default Judgment is GRANTED in favor of Chanel and against Defendant Kim on all counts.

IT IS ORDERED AND ADJUDGED that Defendant's infringement and counterfeiting of Chanel's trademarks was malicious and willful.

IT IS ORDERED AND ADJUDGED that Defendant Kim and her respective officers, agents, servants, employees, attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined from, intentionally and/or knowingly manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling, or offering to sell counterfeit and infringing goods using the Chanel Marks; using the Chanel Marks in connection with the sale of any unauthorized goods; using any logo, and/or layout which may be calculated to falsely advertise the services or products of Kim; and/or any other business or website, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel; falsely representing itself as being connected with Chanel, through sponsorship or association; engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Kim and/or any other business or website, are in any way endorsed by, approved by, and/or associated with Chanel; using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Kim and/or any other business or website, including, without limitation, watches; affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Kim and/or any other business or website,

as being those of Chanel or in any way endorsed by Chanel; offering such goods in commerce; and from otherwise unfairly competing with Chanel; secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks; and effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

IT IS FURTHER ORDERED AND ADJUDGED:

Pursuant to 15 U.S.C. § 1117(c) statutory damages are awarded against Defendant and in favor of Chanel in the amount of $63,000.00.  Chanel also is awarded as against the Defendant its reasonable attorneys' fees in the amount of $ 9,137.50 reasonable investigative fees in the amount of $1,399.99, and court costs in the amount of $425.00.

IT IS SO ORDERED

Dated: _____               _____
                                     UNITED STATES DISTRICT JUDGE